IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| KERN OIL & REFINING COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 03-1623C |
| | ) | (Judge Sypolt) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR A STAY UPON BEHALF OF THE PARTIES AND, IN THE ALTERNATIVE, FOR AN UNOPPOSED ENLARGEMENT OF TIME

Pursuant to RCFC 1, defendant, upon behalf of the parties, respectfully requests that this case be stayed pending more definitive rulings concerning the issues presented in this case. The parties agree that either party would be entitled to have the stay lifted, with permission of the Court, should either party determine doing so was in the interest of justice. In the alternative, defendant respectfully requests an enlargement of time of 28 days, from September 2, 2003, to and including September 30, 2003. Plaintiff concurs in this motion.

This is one of approximately 22 cases now pending before this Court, concerning the legality of pricing clauses in Defense Department jet fuel contracts. In all such cases, the parties have filed, or are in the midst of filing, cross-motions for summary judgment. One judge (Chief Judge Damich) has stayed two such cases pending his decision in another case. Marathon v. United States, No. 02-1218C (Fed. Cl.), Chevron v. United States, No. 03-288C (Fed. Cl.). Two other judges, while finding that the pricing clauses at issue are illegal, have held that waiver or laches may apply to bar such a claim, and have requested additional briefing. E.g., Hermes v. United States, No. 02-1460C (Fed. Cl.), Calcasieu v. United States, No. 02-1219C (Fed. Cl.). Other judges have requested additional briefing upon the effect of these later cases. Sunoco v.

United States, No. 02-466 (Fed. Cl.). Another judge (Judge Wiese) has indicated in oral argument that the contracts may not be illegal, but has not issued a decision. Williams v. United States, No. 02-705C (oral argument of August 7, 2003).

RCFC 1 requires that this Court's rules be "construed and administered for the just, speedy, and inexpensive determination of every action." Given that the issues presented in these cases have not been conclusively resolved and that the law is already being developed by a number of judges of this Court, the parties respectfully submit that it will be more efficient and certainly less expensive if greater certainty concerning the applicable law is obtained before proceeding. Indeed, it is likely that the court of appeals will have to settle this matter.

Should the Court disagree, defendant respectfully requests an enlargement of time of 28 days within which to respond to the complaint. Plaintiff does not oppose. Since the filing of the complaint in this case, defendant's counsel has been required to devote a significant portion of his time to other matters pending in this Court. These matters include: preparing briefs, oral arguments, or participating in oral arguments in Hermes v. United States, No. 02-1460C (Fed. Cl.), Calcasieu v. United States, No. 02-1219C (Fed. Cl.), Placid v. United States, No. 02-1217C (Fed. Cl.), Navajo v. United States, No. 02-1220C (Fed. Cl.), Giant v. United States, No. 03-291C (Fed. Cl.), and Williams v. United States, No. 02-705C (oral argument of August 7, 2003); and preparing for and conducting approximately 20 depositions and witness interviews in Christofferson v. United States, No. 01-495C (Fed. Cl.) (in San Francisco, during the week of August 25-29, 2003), and Briggs v. United States, No. 01-552C (Fed. Cl.) (in Athens, Georgia), during the week of August 11, 2003. Counsel was on annual leave from July 28-August 5, 2003.

For these reasons, defendant respectfully requests an enlargement of time of 28 days,

from September 2, 2003 to and including September 30, 2003.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Senior Trial Counsel
KYLE CHADWICK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, 8th Floor
Washington, D.C. 20530
Tele: (202) 616-2311
Fax: (202) 353-7988

Attorneys for Defendant

OF COUNSEL:

BERNARD A. DUVAL
Counsel

HOWARD M. KAUFER
Assistant Counsel
Office of General Counsel
Defense Energy Support Center
Ft. Belvoir, VA

September 2, 2003

CERTIFICATE OF FILING

I hereby certify that on September 2, 2003, a copy of the foregoing was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Steven J. Gillingham