# In the United States Court of Federal Claims

No. 03-1623C

(Filed October 10, 2003)

| | |
|---|---|
| ***************************** | |
| **KERN OIL & REFINING COMPANY,** | * |
| | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES**, | * |
| | * |
| Defendant. | * |
| ***************************** | |

## Order

On September 2, 2003, on behalf of both parties, defendant filed a motion for a stay pending appeal decisions in certain cases involving similar issues that are now pending in this court. In the alternative, defendant sought an enlargement of time, until September 30, 2003 to file its response to plaintiff's complaint. The latter motion is unopposed.

The motion to stay is denied; the motion for an enlargement is granted, until October 17, 2003.

DIANE GILBERT SYPOLT
Judge, U.S. Court of Federal Claims