IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| KERN OIL & REFINING COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 03-1623C |
| | ) | (Judge Sypolt) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 21 days, from October 17, 2003, to and including, November 7, 2003, within which to respond to the complaint. Plaintiff does not oppose.

On October 13, 2003, defendant learned of the Court's order dated October 10, 2003, which denied the parties' motion to stay and, instead, extended defendant's deadline for responding to the complaint to October 17, 2003. Since requesting the stay, defendant's counsel has been required to devote a significant portion of his time to other matters pending in this Court, many of them unanticipated since the filing of our last motion. These matters include: traveling to California and Hawaii for two weeks of depositions in Christofferson v. United States, No. 01-495C (Fed. Cl.), and Chang v. United States, No. 01-495C; preparing briefs in Hermes v. United States, No. 02-1460C (Fed. Cl.), Sunoco v. United States, No. 02-466C (Fed. Cl.), and Giant v. United States, No. 03-291C (Fed. Cl.); and responding to a court order and delivering an oral argument in Christopher Village v. United States, No. 02-5188 (Fed. Cir).

Within the next two weeks, defendant's counsel is scheduled to do the following: prepare briefs in Valero v. United States, No. 03-1916C (Fed. Cl.) (due October 21, once enlarged);

Atofina v. United States, No. 03-538C (Fed. Cl.) (due October 27), and Placid v. United States, No. 02-1217C (Fed. Cl.) (due October 28, likely to seek enlargement); deliver an oral argument in Flint Hills v. United States, No. 02-462C (Fed. Cl.) (October 29); participate in a conference in Calcasieu v. United States, No. 02-1219C (Fed. Cl.) (November 6); prepare for and travel to California to take approximately 20 depositions in Christofferson v. United States, No. 01-495C (Fed. Cl.)(November 10-14); file a brief in Briggs v. United States, No. 01-552C (Fed. Cl.) (due November 17, 2003).

For these reasons, defendant respectfully requests an enlargement of time of 21 days, from October 17, 2003, to and including November 7, 2003.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Senior Trial Counsel
KYLE CHADWICK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, 8th Floor
Washington, D.C. 20530
Tele: (202) 616-2311
Fax: (202) 353-7988

Attorneys for Defendant

OF COUNSEL:

BERNARD A. DUVAL
Counsel

HOWARD M. KAUFER
Assistant Counsel
Office of General Counsel
Defense Energy Support Center
Ft. Belvoir, VA

October 16, 2003

CERTIFICATE OF FILING

I hereby certify that on October 17, 2003, a copy of the foregoing was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Steven J. Gillingham