IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| KERN OIL & REFINING COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 03-1623C |
| | ) | (Judge Sypolt) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION TO PERMIT FILING OF PAPER APPENDIX

Defendant respectfully requests that the Court permit defendant to file a paper appendix. This is one of a series of cases involving multiple contracts between defendant and jet fuel suppliers. Because multiple contracts are involved, appendices tend to be larger. The appendix at issue is 179 pages, and was supplied by the agency in pdf files, measuring approximately 12,000 kb.[1] In an effort to comply with the Court's electronic filing system, counsel attempted to divide these files, and has consulted with the clerk's office and DOJ specialists concerning whether he was properly using the applicable procedures, and experimented with various page-size files attempting to meet the Court's 1MB size limit. Unfortunately, file sizes as small as 13 pages were required. Thus, it could take as many as 14 files to hold these documents. Files of that size are extremely tedious and time-consuming to create and are of little use to users.

For these reasons, defendant requests that it be able to file its appendix in paper form.

[1] Motions similar to this one have been permitted in other jet-fuel cases, including Placid v. United States. No. 03-12316C (Fed Cl.) (Order of September 12, 2003), and Valero v. United States. No. 03-1916C (Fed Cl.) (Order of October 28, 2003).

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Senior Trial Counsel
KYLE CHADWICK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Tele: (202) 616-2311
Fax: (202) 353-7988

Attorneys for Defendant

OF COUNSEL:

BERNARD A. DUVAL
Counsel
Defense Energy Support Center
Ft. Belvoir, VA

HOWARD M. KAUFER
Trial Attorney
Defense Energy Support Center
Fort Belvoir, VA

November 7, 2003

CERTIFICATE OF FILING

I hereby certify that on November 7, 2003, a copy of the foregoing "DEFENDANT'S MOTION TO PERMIT FILING OF PAPER APPENDIX" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Steven J. Gillingham