IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| KERN OIL & REFINING COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 03-1623C |
| | ) | (Judge Sypolt) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

PLAINTIFF'S RENEWED MOTION FOR A STAY UPON BEHALF OF THE PARTIES AND, IN THE ALTERNATIVE, FOR AN UNOPPOSED ENLARGEMENT OF TIME

Pursuant to RCFC 1, plaintiff, upon behalf of the parties, respectfully requests that this case be stayed pending definitive rulings to be made by the Court of Appeals for the Federal Circuit concerning the issues presented in this case. The parties agree that either party would be entitled to have the stay lifted, with permission of the Court, should either party determine doing so would be in the interest of justice. In the alternative, plaintiff respectfully requests an enlargement of time of 15 days, from December 8, 2003, to and including December 23, 2003 to respond to defendant's pending motion for summary judgment. Defendant concurs in this motion.

Since submitting a motion to stay which this Court denied in a previous order, we wish to advise the Court that Judge Block certified to the United States Court of Appeals for the Federal Circuit the questions controlling in this case and one of the similar cases before him, *Hermes Consolidated, Inc. D/b/a Wyoming Refining Co. v. United States,* No. 02-1460C, slip op. (Fed. Cl. August 7, 2003). Furthermore, Judge Bruggink certified the controlling questions to the Federal Circuit in *Tesoro Hawaii Corporation v. United States*, No. 02-704C slip op. (Fed. Cl. September 15, 2003). The decisions of the Federal Circuit in these cases will control the disposition of this case before this Court.

RCFC 1 requires that this Court's rules be “construed and administered for the just, speedy, and inexpensive determination of every action.” Given that the issues presented in these appeals will conclusively resolve the law which is controlling in this case, the parties respectfully submit that it will be more efficient and certainly less expensive if greater certainty concerning the applicable law is obtained before proceeding.

Should the Court disagree, plaintiff respectfully requests an enlargement of time of 15 days within which to respond to the pending motion for summary judgment. Defendant does not oppose. Since the filing of the motion in this case, plaintiff's counsel has been required to devote a significant portion of his time to other pending matters, including an appeal in the Maryland Court of Special Appeals, a motion for summary judgment filed concurrently in another case in the Montgomery County Maryland Circuit Court, a post trial brief in the Ohio Court of Claims, several motions in the United States District Court for the Eastern District of Virginia, and a complex commercial arbitration before the American Arbitration Association in San Francisco, CA.

For these reasons, plaintiff respectfully requests either a stay or an enlargement of time of 15 days, from December 8, 2003 to and including December 23, 2003.

Respectfully submitted,

/s/

Edward J. Tolchin
Fettmann, Tolchin & Majors, P.C.
10509 Judicial Drive
Suite 300
Fairfax, VA 22030
703-385-9500
703-385-9893 (facsimile)
etolchin@ftm-pc.com
Counsel for Plaintiff

CERTIFICATE OF FILING

I hereby certify that on December 1, 2003, a copy of the foregoing was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Edward J. Tolchin