# In the United States Court of Federal Claims

No. 03-1623C

(Filed January 8, 2004)

| | |
|---|---|
| ****************************** | |
| **KERN OIL & REFINING** | * |
| **COMPANY,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES**, | * |
| | * |
| Defendant. | * |
| ****************************** | |

## Order

On December 30, 2003, plaintiff docketed a "Renewed Motion for a Stay Upon Behalf of the Parties and, in the Alternative, For an Unopposed Enlargement of Time." Plaintiff filed identical documents, except for the signature line, on December 1 and 3, 2003. On December 17, 2003, the court ordered that the December 1, 2003 motions for a stay and for an enlargement be filed by leave of the court; granted the December 1, 2003 motion for a stay; denied the December 1, 2003 motion for an enlargement; and struck the December 3, 2003 motion (as not permitted by court rules). Whether plaintiff intended to file an unopposed motion for an enlargement, as it appears, based on the title it gave the document on the ECF entry, and attached the wrong PDF file is irrelevant in light of the court's allowance of the stay request.

For the foregoing reasons, the document shall be stricken from the record.

s/ Diane Gilbert Sypolt
DIANE GILBERT SYPOLT
Judge, U.S. Court of Federal Claims