# In the United States Court of Federal Claims

No. 03-1623C

(Filed January 22, 2004)

| | |
|---|---|
| **KERN OIL & REFINING COMPANY,** | * |
| Plaintiff, | * |
| v. | * |
| **THE UNITED STATES**, | * |
| Defendant. | * |

## Order

On November 7, 2003, defendant filed a motion to permit the filing of a paper appendix. The court ordered defendant to show cause why filing its appendix electronically would constitute an undue burden; defendant filed its response on December 30, 2003.

The reasons for filing a paper appendix cited by the defendant (primarily that filing the appendix as 14 multiple portable document files ("pdf") was time-consuming and the end result would be of little use to users) do not demonstrate that electronic filing of an appendix comprises an undue burden. Those at the court who are knowledgeable about electronic filing find it contrary to their experience, as do other federal courts.

Indeed, the court's experience with other divisions at the Department of Justice, indicates that an appendix of fewer than 200

pages would not require anywhere near 14 pdf's. The court suggests that counsel confer with other units within the Department regarding this point. Moreover, even if defendant were to submit the appendix in 14 pdf's, the word search features of the Adobe Acrobat program would nonetheless allow productive use of the appendix.

Clearly, if 200-page appendices routinely were permitted to be filed in paper form, the purposes of electronic filing would be seriously compromised.

Accordingly, the court denies defendant's motion to permit the filing of a paper appendix. Defendant shall file its appendix electronically on or before February 1, 2004.

/s Diane Gilbert Sypolt
DIANE GILBERT SYPOLT
Judge, U.S. Court of Federal Claims