# In the United States Court of Federal Claims

No. 03-1623C

(Filed January 27, 2004)

*******************************
**KERN OIL & REFINING** *
**COMPANY,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES**, *
*
Defendant. *
*******************************

## Order

Pursuant to Rule 40.1(b) of the Rules of the United States Court of Federal Claims, which permits transfers among judges to promote docket efficiency as well as for the "efficient administration of justice," and in conformity with the agreement of the transferee judge, the above-captioned case shall be transferred to Judge George W. Miller.

s/ Diane Gilbert Sypolt
DIANE GILBERT SYPOLT
Judge, U.S. Court of Federal Claims