| | NUMBER | CLAUSE/REGULATION TITLE | REV | DISAPPROVED | DATE | |
|---|---|---|---|---|---|---|
| 90-D0003 | | Streamlined Solicitations for Petroleum, Petroleum-Related Services and Coal | DARC | 06/28/90 A | Indefinite | 90-925 |
| 91-D0126 | 4.201 | Procedures for Contract Distribution | CPF DFAS | 08/07/91 A | 07/31/93 | 91-943-01 |
| 91-D0119 | 13.107 | DD Form 1155 as a Request for Quotation Form | DARC | 02/06/91 A | 01/31/94 | 91-913-01 |
| 90-D0001 | 15.406 | DPSC Form 5104 (Commercial Buying Experiment) | AR | 05/25/90 A | 10/01/93 | 90-920 |
| 90-D0001 | 15.414 | DPSC Form 5104 (Commercial Buying Experiment) | AR | 05/25/90 A | 10/01/93 | 90-920 |
| 90-D0007 | 19.507 | Automatic Dissolution of a Set-Aside | DARC | 06/25/90 A | Indefinite | 90-922 |
| 93-D0001 | 19.502 | Partial Set-Asides | SADBU | / / | | |
| 91-D0126 | 43.301 | Use of Standard Form 30 | CPF DFAS | 08/07/91 A | 07/31/93 | 91-943-01 |
| 91-D0126 | 204.202 | Agency Distribution Requirements | CPF DFAS | 08/07/91 A | 07/31/93 | 91-943-01 |
| 90-D0006 | 208.78 | Forging Items Used for Military Application for Combat and Direct Combat Support Items | DARC OIBA | 12/07/90 A | 12/07/93 | 90-947 |
| 93-D0002 | 52.212-9F16 | Variation in Quantity | CPA | / / | | |
| 90-D0003 | 52.214-9F07 | Submission of Bids (PC&S) | DARC | 06/28/90 A | Indefinite | 90-925 |
| 90-D0003 | 52.215-9F30 | Requirement for Cost or Pricing Data and Claim for Exemption | DARC | 06/28/90 A | Indefinite | 90-925 |
| 92-D0003 | 52.215-9F33 | Late Submission, Modifications, and Withdrawals of Proposals | CPA | / / | | |
| 90-D0003 | 52.215-9F34 | Telegraphic Offers | DARC | 06/28/90 A | Indefinite | 90-925 |
| 90-D0004 | 52.216-22 | Indefinite Quantity | DARC | 06/13/90 A | 06/30/93 | 90-923 |

# DEFENSE LOGISTICS AGENCY CLAUSES/REGULATIONS/DEVIATIONS/FORMS
AS OF March 22, 1993

| DAR TRACKING NUMBER | CLAUSE/ REGULATION NUMBER | CLAUSE/REGULATION TITLE | REV | DATE DDP APPROVED/ DISAPPROVED | EXPIRATION DATE | CASE REF |
|---|---|---|---|---|---|---|
| 91-D0061 | 52.216-9F23 | Economic Price Adjustment (Overseas) | RRTF | 05/01/92 G | Indefinite | |
| 91-D0062 | 52.216-9F26 | Economic Price Adjustment (PC&S) (Germany) | RRTF | 05/01/92 G | Indefinite | |
| 91-D0063 | 52.216-9F24 | Economic Price Adjustment (Overseas) | RRTF | 05/01/92 G | Indefinite | |
| 91-D0064 | 52.216-9F31 | Economic Price Adjustment - Manufacturers (Into-Plane) | RRTF | 05/01/92 G | Indefinite | |
| 91-D0065 | 52.216-9F35 | Economic Price Adjustment - Regular Dealers (Into-Plane) | RRTF | 05/01/92 G | Indefinite | |
| 91-D0066 | 52.216-9F32 | Economic Price Adjustment - Posted Prices (Domestic Bulk) | RRTF | 05/01/92 G | Indefinite | |
| 91-D0067 | 52.216-9F27 | Economic Price Adjustment (PC&S/Bunkers) | RRTF | 05/01/92 G | Indefinite | |
| 91-D0068 | 52.216-9F34 | Economic Price Adjustment - Published Market Price (Domestic Bulk) | RRTF | 05/01/92 G | Indefinite | |
| 91-D0070 | 52.216-9F19 | Economic Price Adjustment (Domestic PC&S/Bunkers) | RRTF | 05/01/92 G | Indefinite | |
| 91-D0071 | 52.216-9F20 | Economic Price Adjustment (Lubes/FSII) | RRTF | 05/01/92 G | Indefinite | |
| 91-D0072 | 52.216-9F33 | Economic Price Adjustment - Published Market Price (Domestic Bulk) | RRTF | 05/01/92 G | Indefinite | |
| 91-D0073 | 52.216-9F25 | Economic Price Adjustment (Overseas Bulk) | RRTF | 05/01/92 G | Indefinite | |
| 91-D0074 | 52.216-9F18 | Economic Price Adjustment (Domestic Into-Plane) | RRTF | 05/01/92 G | Indefinite | |
| 91-D0075 | 52.216-9F21 | Economic Price Adjustment (Overseas Bunker) | RRTF | 05/01/92 G | Indefinite | |
| 91-D0076 | 52.216-9F51 | Economic Price Adjustment (Central America) | RRTF | 05/01/92 G | Indefinite | |



0071

# DEFENSE LOGISTICS AGENCY CLAUSES/REGULATIONS/DEVIATIONS/FORMS
AS OF March 22, 1993

| DAR TRACKING NUMBER | CLAUSE/ REGULATION NUMBER | CLAUSE/REGULATION TITLE | REV | DATE DDP APPROVED/ DISAPPROVED | EXPIRATION DATE | CASE REF |
|---|---|---|---|---|---|---|
| 91-D0077 | 52.216-9F22 | Economic Price Adjustment (Overseas Into-Plane) | RRTF | 05/01/92 G | Indefinite | |
| 91-D0413 | 52.216-9F17 | Economic Price Adjustment (Domestic Bulk) | RRTF | 05/01/92 G | Indefinite | |
| 91-D0129 | 52.216-9F52 | Economic Price Adjustment - Published Prices - Natural Gas and Transportation | RRTF | 05/01/92 G | Indefinite | |
| 90-D0007 | 52.219-9F07 | Notice of Partial Small Business Set-Aside (Deviation) | DARC | 06/25/90 A | Indefinite | 90-922 |
| 92-D0005 | 52.219-9F05 | Notice of Evaluation Preference for Small Disadvantaged Business Concerns (Deviation) | SADBU | 05/01/92 A | 03/31/93 | 92-919-01 |
| 92-D0005 | 52.219-9F06 | Notice of Partial Small Business Set-Aside with Preferential Consideration for Small Disadvantaged Business Concerns (Deviation) | SADBU | 04/08/92 A | 03/31/93 | 92-919-01 |
| 91-D0378 | 52.219-9P01 | Labor Surplus Area Concerns--Definition for Clothing Purchases Involving Converters | SADBU | 02/20/92 AE | 02/18/93 | 91-920-01<br>93-D0001 |
| 90-D0007 | 252.219-7003 | Determining Set-Aside Award Price | DARC | 06/25/90 A | Indefinite | 90-922 |
| 93-D0001 | 52.219-9P01 | Labor Surplus Area Concerns -- Definition for Clothing Purchases Involving Converters | SADBU | / / | | |
| 93-D0003 | 52.219-9F06 | Notice of Partial Small Business Set-Aside with Preferential Consideration for Small Disadvantaged Business Concerns (Deviation) | SADBU | / / | | 92-919-01<br>92-D0005 |
| 93-D0003 | 52.219-9F05 | Notice of Evaluation Preference for Small Disadvantaged Business Concerns (Deviation) | SADBU | / / | | 92-919-01<br>92-D0005 |
| 90-D0003 | 52.229-9F02 | Federal, State, and Local Taxes | DARC | 06/28/90 A | Indefinite | 90-925 |



0072

# DEFENSE LOGISTICS AGENCY CLAUSES/REGULATIONS/DEVIATIONS/FORMS
AS OF March 22, 1993

| DAR TRACKING NUMBER | CLAUSE/ REGULATION NUMBER | CLAUSE/REGULATION TITLE | REV | DATE DDP APPROVED/ DISAPPROVED | EXPIRATION DATE | CASE REF |
|---|---|---|---|---|---|---|
| 92-D0006 | 252-231-7000 | Omission of Supplemental Cost Principles Clause in Contracts with Abu Dhabi National Oil Company, United Arab Emirates | CPF | 11/10/92 A | One-Time | 92-931-01 |
| 90-D0008 | 52.243-9F01 | Changes - Fixed Price (Deviation) | DARC | 08/30/90 A | 08/31/93 | 90-939 |
| 90-D0005 | 52.244-1 | Omission of Subcontracts (Fixed Price Contracts) Clause in Contracts with Detroit Diesel Allison Division, General Motors Corporation | DARC | 12/18/90 A | 12/18/93 | 90-938 |
| 90-D0002 | 52.245-9P04 | Government Material - Property Administration (Fixed-Price Bailment System Contracts) | DARC | 06/11/90 A | 06/30/93 | 90-921 |
| 90-D0002 | 52.245-9P03 | Provisions Relating to Material to be Furnished by the Government (C&T Bailment System) | DARC | 06/11/90 A | 06/30/93 | 90-921 |
| 90-D0003 | 52.246-9F19 | Quality Assurance Provisions (Coal) | DARC | 06/28/90 A | Indefinite | 90-925 |
| 92-D0004 | 52.246-23 | Limitation of Liability (Deviation) | DARC CPA | 11/12/92 A | 11/12/95 | 92-946-01 |
| 90-D0003 | 52.247-9F07 | Delivery Conditions for Tank Cars, Boxcars, Transport Trucks, Trucks and Trailers, Tank Wagons, Pipeline, and Lighters. | DARC | 06/28/90 A | Indefinite | 90-925 |
| 92-D0001 | 52.247-9F12 | Evaluation of F.O.B. Origin and Destination Offers | CPA | / / | | |
| 92-D0002 | 52.247-9F13 | Offers of Multiple Crude Oils | CPA | / / | | |
| 90-D0003 | 52.247-9F12 | Shipment and Routing | DARC | 06/28/90 A | Indefinite | 90-925 |
| 90-D0003 | 52.249-9F06 | Termination for Default (Deviation) | DARC | 06/28/90 A | Indefinite | 90-925 |
| 90-D0003 | 52.249-9F05 | Termination for Convenience of the Government | DARC | 06/28/90 A | Indefinite | 90-925 |



0073

LIST OF CLAUSES/REGULA[illegible]TIONS/FORMS FOR USE
BY ALL MILITARY DEPARTMENTS AND DEFENSE AGENCIES
AS OF March 19, 1993

| DAR TRACKING NUMBER | CLAUSE/ REGULATION NUMBER | CLAUSE/REGULATION TITLE | REV | DATE DDP APPROVED/ DISAPPROVED | EXPIRATION DATE | CASE REF |
|---|---|---|---|---|---|---|
| 91-00001 | | Omission of Clauses in Contracts with NATO and Non-NATO Countries--Europe | FC OGC | 02/26/91 A | 02/26/94 | 91-925-01 |
| 93-00003 | 4.8 | Contract Files | DARC CPA | / / | | 91-046 |
| 93-00001 | 13.203 | Class Deviation - Blanket Purchase Agreements (BPAs) for Food Products | DARC CPF | 02/12/93 A | 02/15/95 | 91-052 90-907 |
| 92-00001 | 22.805 | Preaward EEO Compliance for SAPS Authorized by EO 12356 | DoL | / / | | 92-922-01 |
| 91-00002 | 48.001 | Definition of Acquisition Savings | DARC DSPS | 06/18/92 T | 06/30/93 | 91-948-02 |
| 93-00002 | 51.101 | Class Deviation - Contractor Use of Government Supply Sources | DARC CPA | / / | | 90-908 |
| 92-00003 | 53.301 | Standard Form 18, Request for Quotations | OMB | 11/23/92 A | 11/23/93 | 92-953-02 91-036 |
| 90-00001 | 52.203-11 | Clarification Regarding Lobbying Restrictions | DARC | 05/08/90 A | When FAR Revised | 89-300 90-911 |
| 90-00002 | 52.210-2 | Availability of Specifications Listed in the Department of Defense (DoD) Index of Specifications and Standards | DARC | 06/18/90 A | When FAR Revised | 90-918 90-419F |
| 90-00002 | 252.210-7001 | Deletes Avail of Specs & Standards Not Listed in DODISS, Data Item Desc Not Listed in DoD 5010.12-L & Plans, Drawings, & Other Pertinent Doc Provision | DARC | 06/18/90 A | When FAR Revised | 90-918 90-419F |
| 92-00002 | 52.232-22 | Limitation of Funds (Deviation) | DARC CPF | 06/12/92 A | 06/30/93 | 92-932-02 90-037 |
| 92-00004 | 52.245-17 | Special Tooling (Deviation) | DARC ODASD (L) | 10/09/92 A | 10/16/93 | 92-945-01 90-018 |



0074

LIST OF CLAUSES/REGULATIONS/DEVIATIONS/FORMS FOR USE
BY ALL MILITARY DEPARTMENTS AND DEFENSE AGENCIES
AS OF March 19, 1993

| DAR TRACKING NUMBER | CLAUSE/ REGULATION NUMBER | CLAUSE/REGULATION TITLE | REV | DATE DDP APPROVED/ DISAPPROVED | EXPIRATION DATE | CASE REF |
|---|---|---|---|---|---|---|
| 92-00004 | 52.245-2 | Government Property (Fixed-Price Contracts) | DARC ODASD (L) | 10/09/92 A | 10/16/93 | 92-945-01 90-018 |
| 91-00002 | 52.248-1 | Value Engineering | DARC DSPS | 06/18/92 T | 06/30/93 | 91-948-02 |
| 93-00004 | 52.248-1 | Value Engineering (Deviation) | DARC DSPS | / / | | |