B19.33 CONT'D

discontinued, altered, or began to consistently and substantially fail to reflect market conditions. If the parties fail to agree on an appropriate substitute, the matter shall be resolved in accordance with the DISPUTES clause of the contract.

(d) CONVERSION FACTORS. If this clause requires quantity conversions for economic price adjustment purposes, the factors specified in the CONVERSION FACTORS clause shall apply, unless otherwise specified in the Schedule.

(e) EXAMINATION OF RECORDS. The Contractor agrees that the Contracting Officer or designated representative shall have the right to examine the Contractor's books, records, documents, or other data the Contracting Officer deems necessary to verify Contractor adherence to the provisions of this clause.

(f) TABLE.

| I<br>Item No. | II<br>Name of Publication | III<br>Heading under which market indicator is published and name of product | IV<br>Location where market price is applicable | V<br>Base market price as of 14 FEB 95 (excludes all taxes) (see note(s) below) |
|---|---|---|---|---|

The base market prices listed below for JP-5/JP-8 and F76 will be adjusted on a weekly basis throughout contract performance. The adjusting market prices will be derived from the simple average of the daily highs and lows of the specified Platt's assessments effective Monday through Friday of the prior week (excluding any days that prices are not published). The averages shall be inserted into the formulae set forth below to generate the adjusting market prices for each product/region. These adjusting market prices shall be effective for deliveries made Tuesday through Monday.

The base market price listed below fo rJP-4 will be adjusted on a weekly basis throughout contract performance. The adjusting market price will be derived from the simple average of the high and low of the specified Platt's assessment and the OPIS assessment effective during the prior week. The data shall be inserted into the formula set forth below to generate the adjusting market price which will be effective for deliveries made Tuesday through Monday.

| | | | | |
|---|---|---|---|---|
| 0101 | Platt's Oilgram Price Report | Spot Price Assessments West Coast Pipeline Jet Fuel JP-5 | Los Angeles San Francisco Seattle | $.539500 |

The reference price shall be determined as follows: $\frac{\text{Los Angeles + San Francisco + Seattle}}{3}$

E14.02 INSPECTION AND ACCEPTANCE (BULK/SPR) (DFSC NOV 1979)

On deliveries f.o.b. origin, acceptance of the supplies furnished hereunder will take place at origin notwithstanding that inspection by the Government may take place elsewhere prior to acceptance. On deliveries f.o.b. destination, acceptance of the supplies furnished hereunder will take place at destination notwithstanding that inspection by the Government may take place elsewhere prior to acceptance. The office responsible for inspection, on behalf of the Government, shall be as follows:

| ITEM(S) | SOURCE OF PRODUCT AND/OR SHIPPING POINT | INSPECTOR(S) |
|---|---|---|
| 0101 | Kern Oil & Refining Co.<br>7724 East Panama Lane<br>Bakersfield, CA 93307 | DCMAO Van Nuys<br>6230 Van Nuys Blvd.<br>Van Nuys, CA 91401-2713 |

(DFSC 52.246-9F06)

F1.08.100 DELIVERY AND CONTRACT PERIODS (DOMESTIC BULK) (DFSC APR 1986)

(a) The period of this contract during which the Ordering Officer may order pursuant to the DELIVERY-ORDER LIMITATIONS - SCOPE OF CONTRACT clause is from date of award through 30 SEP 96.

(b) Notwithstanding (a) above, except at its option, Contractor shall not be required to make delivery hereunder prior to 1 OCT 95.

(c) Insofar as practicable, the Government will attempt to lift in approximately equal monthly quantities. Except at its option, a supplier which offered product over the period 1 OCT 95 through 30 SEP 96 shall not be required to--

(1) Make deliveries of any grade of product at a daily rate in excess of the contract quantity of such grade of product for delivery at or shipment from each designated refiner or bulk plant location divided by 260 days; or

(2) Accumulate any such product at any such location and to subsequently make deliveries in excess of 8.33% in any one month of the contract quantity of the applicable grade of product; provided, however, that where the maximum quantity available for individual deliveries as specified in the contract is greater than 8.33% percent per month, the supplier will accumulate any such product at any such location and subsequently make deliveries equal to the specified maximum quantity available for individual deliveries and, provided further, that the supplier will be required to make delivery in excess of 8.33% per month if the delivery is to be made f.o.b. tanker at origin and no other quantities have been ordered for delivery during the applicable month and the 30,000 barrels minimum, under (d) below, is greater than such 8.33% quantity.

(d) Except at its option, the Contractor shall not be required to deliver f.o.b. tanker at origin in any one delivery a quantity of product(s) less than 30,000 barrels, except when the minimum quantity available for individual deliveries as specified in the contract is less than 30,000 barrels, or when on the last delivery, the quantity available pursuant to the DELIVERY-ORDER LIMITATIONS - SCOPE OF CONTRACT clause is less than 50,000 barrels.

F52 SCHEDULE OF CONTRACTOR'S REFINERY SHUTDOWNS FOR TURNAROUNDS (DFSC FEB 1989)

(a) Within 30 days from the date of contract award, the Contractor shall furnish to the Contracting Officer a tentative refinery shutdown schedule for the contract period in order that the placement of orders and the delivery of supplies as set forth under the DELIVERY AND CONTRACT PERIODS clause may be adjusted to provide for delivery of the entire contract quantity. Any revisions to this schedule will necessitate prior notice of at least 60 days in order to coordinate the placement of orders for the delivery of the entire contract volume.

(b) If the Contractor cannot provide the 60 days advance notice, then, at no additional cost to the Government, the Contractor shall maintain sufficient inventory to make deliveries in support of the ordering activities' requirements or the Contractor shall provide for an alternate source for product during the shutdown period(s).

(DFSC 52.212-9F11)

G9.07 ELECTRONIC TRANSFER OF FUNDS PAYMENTS - CORPORATE TRADE PAYMENTS (DFSC AUG 1993)

(a) By submission of the following data, the Contractor elects to receive payments under this contract by electronic transfer of funds through Corporate Trade Payments (CTP):

NAME OF RECEIVING BANK | F I R S T  N A T I O N A L  B A N K  O F  B O S T O N |
(DO NOT EXCEED 29 CHARACTERS)

CITY AND STATE OF RECEIVING BANK | B O S T O N ,  M A |
(DO NOT EXCEED 20 CHARACTERS)

AMERICAN BANKERS ASSOCIATION NINE DIGIT IDENTIFIER OF RECEIVING BANK | 1 2 1 0 0 0 2 4 8 |

ACCOUNT TYPE CODE: (Contractor to designate one)

[X] CHECKING TYPE 22

[ ] SAVINGS TYPE 32

RECIPIENT'S ACCOUNT NUMBER ENCLOSED IN PARENTHESES: | ( 5 3 0 - 8 8 1 0 3 ) |
(DO NOT EXCEED 15 CHARACTERS)

RECIPIENT'S NAME: | K E R N  O I L  &  R E F I N I N G  C O . |
(DO NOT EXCEED 25 CHARACTERS)

NOTE: Additional information may be entered in EITHER paragraph (b) OR paragraph (c) below. Total space available for information entered in (b) OR (c) is 153 characters.

(b) Special Instructions/Other Identifying Data:

(DO NOT EXCEED 153 CHARACTERS)

OR

(c) THIRD PARTY INFORMATION: Where payment is to be forwarded from the receiving bank to another financial institution for deposit into Contractor's account, the following information must be supplied by the Contractor: Second Bank Name, City/State and/or Country, Account Number, Account Name, and City/State and/or Country.

(DO NOT EXCEED 153 CHARACTERS)

(d) Any change by the Contractor in designation of the bank account to receive electronic transfer of funds in accordance with this clause must be received by the Contracting Officer no later than 15 days prior to the date the change is to become effective.

(e) The electronic transfer of funds does not constitute an assignment of such funds in any form or fashion.

(f) In the event CTP payments cannot be processed, the Government retains the option to make payments under this contract by check.

G9.07 CONT'D

(g) NOTICE TO FOREIGN SUPPLIERS:

(1) The bank designated as the receiving bank must be located in the United States. The appropriate American Bankers Association nine-digit identifier must be supplied in order for payments to be processed through CTP.

(2) If your account is with a foreign bank that has an account with a bank located within the United States, the U.S. bank may be designated as the receiving bank. The recipient's name and account number shall identify the foreign bank, and transfer instructions to supplier's account must be specified in paragraph (c) above.

Information regarding payments made by the Government through CTP will be identified by the following codes in the payment transmission message:

SPECIAL CODES FOR PROCESSING CTP PAYMENTS

| CODE | CODE EXPLANATION |
|---|---|
| 01 | Credit Memorandum |
| 02 | Freight Bill/Bill of Lading |
| 03 | Government Bill |
| 04 | Insurance |
| 05 | Invoice |
| 06 | Lease |
| 07 | Loan |
| 08 | Purchase Order |
| 09 | Rent |
| 10 | Taxes |
| 11 | Vendor Order |
| 12 | Voucher |
| 13 | Your Letter |
| 14 | Deduction, enter total dollar amount of deductions for each invoice affected |
| 15 | Deduction previously paid on earlier invoice (enter invoice number) |
| 16 | Modification |
| 17 | Gallons deducted IAW support document (e.g. DD-250) |
| 18 | Credit taken IAW a modification |
| 19 | Deduction of Federal Excise Tax not due Contractor |
| 20 | Deduction of State Tax not due Contractor |
| 21 | Deduction of other Tax not due Contractor |

G9.07 CONT'D

| | |
|---|---|
| 22 | Credit taken for expired contract |
| 23 | Deduction due to extension error |
| 24 | Duplicate payment deduction (DOV # will be entered when available) |
| 25 | Deduction tank trucks not authorized |
| 26 | Reimbursement |
| 27 | Reimbursement for deduction (DOV # will be entered when available) |
| 28 | Detention fee |
| 29 | Detention fee adjustment |
| 30 | Discount |
| 31 | Reimbursement for discount not due Government |
| 32 | Multiple invoices processed, contact DFSC-RFF if additional information is required. |
| 33 | Order, use ORD to precede order number |
| 34 | Multiple orders involved, contact DFSC-RFF if additional information is required. |
| 35 | Miscellaneous |

**G150.11 · SUBMISSION OF INVOICES BY FACSIMILE (DFSC APR 1995)**

**NOTE 1: FOR GROUND FUELS (PC&S) CONTRACTS**. This clause applies only to items for Army, Navy ( including Marines), and other DoD activities (except Air Force, Alaska, Hawaii, GOCO and standby requirements).

**NOTE 2:** See paragraph (c) for facsimile invoicing for DETENTION/DEMURRAGE costs.

**NOTE 3:** INVOICES WILL REFLECT QUANTITIES IN WHOLE NUMBERS.

**(a) IMPORTANT NOTICE: Contractors who select the facsimile (FAX) method of invoicing prior to award in accordance with the FACSIMILE INVOICING provision in Section K of the solicitation must do so for all invoices. Failure to comply with the requirements of this clause will result in revocation of the Contractor's right to submit invoices by the FAX method.**

(b) INSTRUCTIONS FOR SUBMITTING INVOICES VIA FACSIMILE.

(1) When the Contractor has elected to transmit invoices by FAX, it is responsible for validating receipt of its FAXed invoice. Because DFAS-CO-SF cannot be held accountable for transmissions not received, the Contractor must verify transmission/receipt of its FAX by telephoning Customer Service (DFAS-CO-SF) at (800)453-5014. If local (Columbus Metro Area), the Customer Service number is (614)693-4994. Personnel are available to verify receipt of FAXed transmissions between 8 a.m. and 5 p.m., EST/EDT, Monday through Friday, excluding Federal holidays.

(2) The DFAS-CO-SF FAX number is (614)693-0670.

(3) The Contractor shall include its FAX number on each document transmitted.

(4) After transmitting the original invoice, the Contractor shall mark that invoice "Original Invoice - FAXED" and retain it. The hard copy is not required for payment and shall not be mailed to the payment office unless DFAS-CO-SF specifically requests it.

(5) F.O.B. DESTINATION DELIVERIES.

(i) CERTIFICATION OF RECEIPT.

(A) Receiving activity personnel will certify the receipt of fuel by preparing and signing one of the following documents:

(a) The DD Form 250, Material Inspection and Receiving Report; or

(b) The DD Form 1155, Order for Supplies or Services; or

(c) The DD Form 250-1, Tanker/Barge Material Inspection and Receiving Report.

(B) Payments to the Contractor will be based on the receipt of the "paying copies" of the receiving report at DFAS-CO-SFFP where payment will be made in accordance with the terms of the contract.

(ii) PC&S DELIVERIES.

(A) Overbillings–

(a) That are less than or equal to 0.5 percent of the quantity listed on the DD Form 250 or DD Form 1155 will be paid as originally invoiced by the Contractor when the overbilled quantity is solely a result of a difference in measurement techniques

(b) That exceed 0.5 percent of the quantity listed on the DD Form 250 or DD Form 1155 will be paid based on the corrected quantity as determined by the activity and annotated on the activity's receiving document.

(B) Underbillings will be paid as invoiced.

(6) F.O.B. ORIGIN DELIVERIES - RECEIVING REPORTS.

(i) When FAXing an invoice for f.o.b. origin deliveries, the Contractor shall also transmit the applicable original receiving report. For bulk fuel shipments, the receiving report shall be transmitted no later than three days after each delivery.

(ii) The following forms, signed by the Quality Representative (QR), are acceptable receiving reports for f.o.b. origin deliveries:

(A) DD Form 250 (Material Inspection and Receiving Report); or

(B) DD Form 250-1 (Tanker/Barge Material Inspection and Receiving Report).

(iii) The signed copy, which certifies acceptance by the QR of the product prior to submission of the invoice, will have the following information stamped, printed, or typed on it: "ORIGINAL RECEIVING REPORT FOR PAYMENT OF INVOICE."

(iv) In order to receive payment, the Contractor must mail three copies (one of which will contain an original signature) of the applicable DD Form 250 to whichever of the following payment offices is applicable:

**FOR GROUND FUELS (PC&S)**

Defense Finance and Accounting Service - Columbus Center
Stock Fund Directorate
Fuels Accounting and Payments Division
ATTN: DFAS-CO-SFFP
P.O. Box 182317
Columbus, Ohio 43218-6252

**FOR BULK FUELS & ALL COOL BARGE**

Defense Finance and Accounting Service - Columbus Center
Stock Fund Directorate
Fuels Accounting and Payments Division
ATTN: DFAS-CO-SFFB
P.O. Box 182317
Columbus, Ohio 43218-6250

(c) INVOICING DETENTION/DEMURRAGE COSTS VIA FACSIMILE. (NOTE: Detention costs are not allowable on tank wagon deliveries.) Since detention and demurrage costs are the sole responsibility of the activity incurring them, the Contractor shall FAX detention/demurrage cost invoices directly to the activity where the costs were incurred.

(DFSC 52.232-9F07)

**EXHIBIT 2**

FAIR MARKET VALUE OF JP-5
DELIVERED UNDER CONTRACT NO. SPO600-95-D-0507

| A<br>Line Item | B<br>Invoice Number | C<br>Delivery Date | D<br>Location | E<br>Volume | F<br>Kerojet Spot Price | G<br>FSII | H<br>Long Term Contract Premium | I<br>Transportation | J<br>FMV | K<br>Bid Price | L<br>Greater of FMV or Bid Price | M<br>Fair Market Value of JP-5 [E*L] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0101 | 172289 | 951002 | BKCA | 7,699 | 0.585000 | 0.012 | 0.05 | 0.032083 | 0.679083 | 0.573500 | 0.679083 | 5,228.26 |
| 0101 | 172719 | 951011 | BKCA | 30,838 | 0.573800 | 0.012 | 0.05 | 0.032083 | 0.667883 | 0.573500 | 0.667883 | 20,596.18 |
| 0101 | 172719 | 951012 | BKCA | 46,328 | 0.577500 | 0.012 | 0.05 | 0.032083 | 0.671583 | 0.573500 | 0.671583 | 31,113.10 |
| 0101 | 172719 | 951012 | BKCA | 31,485 | 0.577500 | 0.012 | 0.05 | 0.032083 | 0.671583 | 0.573500 | 0.671583 | 21,144.79 |
| 0101 | 172291 | 951003 | BKCA | 7,701 | 0.582500 | 0.012 | 0.05 | 0.032083 | 0.676583 | 0.573500 | 0.676583 | 5,210.37 |
| 0101 | 172292 | 951003 | BKCA | 15,406 | 0.582500 | 0.012 | 0.05 | 0.032083 | 0.676583 | 0.573500 | 0.676583 | 10,423.44 |
| 0101 | 172721 | 951014 | BKCA | 61,739 | 0.580000 | 0.012 | 0.05 | 0.032083 | 0.674083 | 0.573500 | 0.674083 | 41,617.21 |
| 0101 | 172720 | 951013 | BKCA | 101,061 | 0.580000 | 0.012 | 0.05 | 0.032083 | 0.674083 | 0.573500 | 0.674083 | 68,123.50 |
| 0101 | 172779 | 951018 | BKCA | 61,933 | 0.580000 | 0.012 | 0.05 | 0.032083 | 0.674083 | 0.573500 | 0.674083 | 41,747.98 |
| 0101 | 173007 | 951023 | BKCA | 7,803 | 0.572500 | 0.012 | 0.05 | 0.032083 | 0.666583 | 0.573500 | 0.666583 | 5,201.35 |
| 0101 | 173002 | 951017 | BKCA | 7,800 | 0.580000 | 0.012 | 0.05 | 0.032083 | 0.674083 | 0.573500 | 0.674083 | 5,257.85 |
| 0101 | 173002 | 951019 | BKCA | 7,818 | 0.571300 | 0.012 | 0.05 | 0.032083 | 0.665383 | 0.573500 | 0.665383 | 5,201.96 |
| 0101 | 173006 | 951023 | BKCA | 70,143 | 0.572500 | 0.012 | 0.05 | 0.032083 | 0.666583 | 0.573500 | 0.666583 | 46,756.13 |
| 0101 | 173005 | 951020 | BKCA | 85,371 | 0.571300 | 0.012 | 0.05 | 0.032083 | 0.665383 | 0.573500 | 0.665383 | 56,804.41 |
| 0101 | 173004 | 951019 | BKCA | 77,739 | 0.571300 | 0.012 | 0.05 | 0.032083 | 0.665383 | 0.573500 | 0.665383 | 51,726.21 |
| 0101 | 173003 | 951017 | BKCA | 61,856 | 0.580000 | 0.012 | 0.05 | 0.032083 | 0.674083 | 0.573500 | 0.674083 | 41,696.08 |
| 0101 | 173003 | 951018 | BKCA | 77,744 | 0.580000 | 0.012 | 0.05 | 0.032083 | 0.674083 | 0.573500 | 0.674083 | 52,405.91 |
| 0101 | 173285 | 951027 | BKCA | 70,078 | 0.605000 | 0.012 | 0.05 | 0.032083 | 0.699083 | 0.573500 | 0.699083 | 48,990.34 |
| 0101 | 173360 | 951030 | BKCA | 77,996 | 0.620000 | 0.012 | 0.05 | 0.032083 | 0.714083 | 0.573500 | 0.714083 | 55,695.62 |
| 0101 | 173361 | 951031 | BKCA | 52,300 | 0.617500 | 0.012 | 0.05 | 0.032083 | 0.711583 | 0.573500 | 0.711583 | 37,215.79 |
| 0101 | 173362 | 951031 | BKCA | 7,818 | 0.617500 | 0.012 | 0.05 | 0.032083 | 0.711583 | 0.573500 | 0.711583 | 5,563.16 |
| 0101 | 173523 | 951101 | BKCA | 92,431 | 0.622500 | 0.012 | 0.05 | 0.032083 | 0.716583 | 0.573500 | 0.716583 | 66,234.48 |
| 0101 | 173524 | 951102 | BKCA | 92,334 | 0.627500 | 0.012 | 0.05 | 0.032083 | 0.721583 | 0.573500 | 0.721583 | 66,626.64 |
| 0101 | 173525 | 951102 | BKCA | 7,784 | 0.627500 | 0.012 | 0.05 | 0.032083 | 0.721583 | 0.573500 | 0.721583 | 5,616.80 |
| 0101 | 173092 | 951024 | BKCA | 7,803 | 0.580000 | 0.012 | 0.05 | 0.032083 | 0.674083 | 0.573500 | 0.674083 | 5,259.87 |
| 0101 | 173599 | 951103 | BKCA | 66,819 | 0.625000 | 0.012 | 0.05 | 0.032083 | 0.719083 | 0.573500 | 0.719083 | 48,048.41 |
| 0101 | 174007 | 951107 | BKCA | 7,822 | 0.616300 | 0.012 | 0.05 | 0.032083 | 0.710383 | 0.573500 | 0.710383 | 5,556.62 |
| 0101 | 174007 | 951109 | BKCA | 7,718 | 0.598800 | 0.012 | 0.05 | 0.032083 | 0.692883 | 0.573500 | 0.692883 | 5,347.67 |
| 0101 | 174008 | 951108 | BKCA | 15,541 | 0.603800 | 0.012 | 0.05 | 0.032083 | 0.697883 | 0.573500 | 0.697883 | 10,845.80 |



0142