FAIR MARKET VALUE OF JP-5
DELIVERED UNDER CONTRACT NO. SPO600-95-D-0507

| A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Line Item | Invoice Number | Delivery Date | Location | Volume | Kerojet Spot Price | FSII | Long Term Contract Premium | Transportation | FMV | Bid Price | Greater of FMV or Bid Price | Fair Market Value of JP-5 [E*L] |
| 0101 | 174008 | 951113 | BKCA | 7,801 | 0.602500 | 0.012 | 0.05 | 0.032083 | 0.696583 | 0.573500 | 0.696583 | 5,434.04 |
| 0101 | 174435 | 951120 | BKCA | 7,700 | 0.597500 | 0.012 | 0.05 | 0.032083 | 0.691583 | 0.573500 | 0.691583 | 5,325.19 |
| 0101 | 174536 | 951121 | BKCA | 7,806 | 0.600000 | 0.012 | 0.05 | 0.032083 | 0.694083 | 0.573500 | 0.694083 | 5,418.01 |
| 0101 | 174547 | 951128 | BKCA | 2,010 | 0.626300 | 0.012 | 0.05 | 0.032083 | 0.720383 | 0.573500 | 0.720383 | 1,447.97 |
| 0101 | 175024 | 951206 | BKCA | 31,225 | 0.628800 | 0.012 | 0.05 | 0.032083 | 0.722883 | 0.573500 | 0.722883 | 22,572.02 |
| 0101 | 175024 | 951207 | BKCA | 31,695 | 0.630000 | 0.012 | 0.05 | 0.032083 | 0.724083 | 0.573500 | 0.724083 | 22,949.81 |
| 0101 | 175024 | 951208 | BKCA | 31,639 | 0.630000 | 0.012 | 0.05 | 0.032083 | 0.724083 | 0.573500 | 0.724083 | 22,909.26 |
| 0101 | 175025 | 951207 | BKCA | 36,036 | 0.630000 | 0.012 | 0.05 | 0.032083 | 0.724083 | 0.573500 | 0.724083 | 26,093.05 |
| 0101 | 175025 | 951208 | BKCA | 30,494 | 0.630000 | 0.012 | 0.05 | 0.032083 | 0.724083 | 0.573500 | 0.724083 | 22,080.19 |
| 0101 | 175358 | 951211 | BKCA | 7,700 | 0.632500 | 0.012 | 0.05 | 0.032083 | 0.726583 | 0.573500 | 0.726583 | 5,594.69 |
| 0101 | 175359 | 951213 | BKCA | 7,701 | 0.627500 | 0.012 | 0.05 | 0.032083 | 0.721583 | 0.573500 | 0.721583 | 5,556.91 |
| 0101 | 175359 | 951215 | BKCA | 7,823 | 0.618800 | 0.012 | 0.05 | 0.032083 | 0.712883 | 0.573500 | 0.712883 | 5,576.88 |
| 0101 | 175359 | 951218 | BKCA | 7,846 | 0.620000 | 0.012 | 0.05 | 0.032083 | 0.714083 | 0.573500 | 0.714083 | 5,602.70 |
| 0101 | 175360 | 951211 | BKCA | 31,725 | 0.632500 | 0.012 | 0.05 | 0.032083 | 0.726583 | 0.573500 | 0.726583 | 23,050.85 |
| 0101 | 175361 | 951212 | BKCA | 31,738 | 0.630000 | 0.012 | 0.05 | 0.032083 | 0.724083 | 0.573500 | 0.724083 | 22,980.95 |
| 0101 | 175361 | 951213 | BKCA | 31,395 | 0.627500 | 0.012 | 0.05 | 0.032083 | 0.721583 | 0.573500 | 0.721583 | 22,654.10 |
| 0101 | 175361 | 951214 | BKCA | 31,936 | 0.615000 | 0.012 | 0.05 | 0.032083 | 0.709083 | 0.573500 | 0.709083 | 22,645.27 |
| 0101 | 175361 | 951215 | BKCA | 24,062 | 0.618800 | 0.012 | 0.05 | 0.032083 | 0.712883 | 0.573500 | 0.712883 | 17,153.39 |
| 0101 | 175361 | 951218 | BKCA | 32,003 | 0.620000 | 0.012 | 0.05 | 0.032083 | 0.714083 | 0.573500 | 0.714083 | 22,852.80 |
| 0101 | 175362 | 951211 | BKCA | 38,267 | 0.632500 | 0.012 | 0.05 | 0.032083 | 0.726583 | 0.573500 | 0.726583 | 27,804.15 |
| 0101 | 175364 | 951212 | BKCA | 38,278 | 0.630000 | 0.012 | 0.05 | 0.032083 | 0.724083 | 0.573500 | 0.724083 | 27,716.45 |
| 0101 | 175364 | 951213 | BKCA | 38,249 | 0.627500 | 0.012 | 0.05 | 0.032083 | 0.721583 | 0.573500 | 0.721583 | 27,599.83 |
| 0101 | 175364 | 951214 | BKCA | 38,260 | 0.615000 | 0.012 | 0.05 | 0.032083 | 0.709083 | 0.573500 | 0.709083 | 27,129.52 |
| 0101 | 175364 | 951215 | BKCA | 38,258 | 0.618800 | 0.012 | 0.05 | 0.032083 | 0.712883 | 0.573500 | 0.712883 | 27,273.48 |
| 0101 | 175364 | 951218 | BKCA | 38,612 | 0.620000 | 0.012 | 0.05 | 0.032083 | 0.714083 | 0.573500 | 0.714083 | 27,572.17 |
| 0101 | 175471 | 951219 | BKCA | 30,916 | 0.625000 | 0.012 | 0.05 | 0.032083 | 0.719083 | 0.573500 | 0.719083 | 22,231.17 |
| 0101 | 175471 | 951220 | BKCA | 38,618 | 0.627500 | 0.012 | 0.05 | 0.032083 | 0.721583 | 0.573500 | 0.721583 | 27,866.09 |
| 0101 | 175471 | 951221 | BKCA | 31,021 | 0.640000 | 0.012 | 0.05 | 0.032083 | 0.734083 | 0.573500 | 0.734083 | 22,771.99 |
| 0101 | 175470 | 951219 | BKCA | 31,615 | 0.625000 | 0.012 | 0.05 | 0.032083 | 0.719083 | 0.573500 | 0.719083 | 22,733.81 |

0143

FAIR MARKET VALUE OF JP-5
DELIVERED UNDER CONTRACT NO. SPO600-95-D-0507

| A Line Item | B Invoice Number | C Delivery Date | D Location | E Volume | F Kerojet Spot Price | G FSII | H Long Term Contract Premium | I Transportation | J FMV | K Bid Price | L Greater of FMV or Bid Price | M Fair Market Value of JP-5 [E*L] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0101 | 175470 | 951220 | BKCA | 31,648 | 0.627500 | 0.012 | 0.05 | 0.032083 | 0.721583 | 0.573500 | 0.721583 | 22,836.66 |
| 0101 | 175470 | 951220 | BKCA | 15,618 | 0.627500 | 0.012 | 0.05 | 0.032083 | 0.721583 | 0.573500 | 0.721583 | 11,269.68 |
| 0101 | 175470 | 951221 | BKCA | 31,634 | 0.640000 | 0.012 | 0.05 | 0.032083 | 0.734083 | 0.573500 | 0.734083 | 23,221.98 |
| 0101 | 175470 | 951221 | BKCA | 15,363 | 0.640000 | 0.012 | 0.05 | 0.032083 | 0.734083 | 0.573500 | 0.734083 | 11,277.72 |
| 0101 | 175730 | 951222 | BKCA | 22,909 | 0.645000 | 0.012 | 0.05 | 0.032083 | 0.739083 | 0.573500 | 0.739083 | 16,931.65 |
| 0101 | 175731 | 951222 | BKCA | 39,064 | 0.645000 | 0.012 | 0.05 | 0.032083 | 0.739083 | 0.573500 | 0.739083 | 28,871.54 |
| 0101 | 175732 | 951226 | BKCA | 54,969 | 0.650000 | 0.012 | 0.05 | 0.032083 | 0.744083 | 0.573500 | 0.744083 | 40,901.50 |
| 0101 | 175732 | 951227 | BKCA | 47,169 | 0.658800 | 0.012 | 0.05 | 0.032083 | 0.752883 | 0.573500 | 0.752883 | 35,512.74 |
| 0101 | 175733 | 951228 | BKCA | 47,442 | 0.661300 | 0.012 | 0.05 | 0.032083 | 0.755383 | 0.573500 | 0.755383 | 35,836.88 |
| 0101 | 176062 | 960103 | BKCA | 54,734 | 0.656300 | 0.012 | 0.05 | 0.032083 | 0.750383 | 0.573500 | 0.750383 | 41,071.46 |
| 0101 | 176063 | 960104 | BKCA | 61,278 | 0.651300 | 0.012 | 0.05 | 0.032083 | 0.745383 | 0.573500 | 0.745383 | 45,675.58 |
| 0101 | 176063 | 960105 | BKCA | 61,206 | 0.655000 | 0.012 | 0.05 | 0.032083 | 0.749083 | 0.573500 | 0.749083 | 45,848.37 |
| 0101 | 176183 | 960108 | BKCA | 54,826 | 0.663800 | 0.012 | 0.05 | 0.032083 | 0.757883 | 0.573500 | 0.757883 | 41,551.69 |
| 0101 | 176184 | 960109 | BKCA | 55,020 | 0.660000 | 0.012 | 0.05 | 0.032083 | 0.754083 | 0.573500 | 0.754083 | 41,489.65 |
| 0101 | 176185 | 960109 | BKCA | 7,825 | 0.660000 | 0.012 | 0.05 | 0.032083 | 0.754083 | 0.573500 | 0.754083 | 5,900.70 |
| 0101 | 176539 | 960110 | BKCA | 2,027 | 0.650000 | 0.012 | 0.05 | 0.032083 | 0.744083 | 0.573500 | 0.744083 | 1,508.26 |
| 0101 | 176537 | 960110 | BKCA | 54,973 | 0.650000 | 0.012 | 0.05 | 0.032083 | 0.744083 | 0.573500 | 0.744083 | 40,904.47 |
| 0101 | 176537 | 960111 | BKCA | 54,948 | 0.635000 | 0.012 | 0.05 | 0.032083 | 0.729083 | 0.573500 | 0.729083 | 40,061.65 |
| 0101 | 176538 | 960112 | BKCA | 54,794 | 0.622500 | 0.012 | 0.05 | 0.032083 | 0.716583 | 0.573500 | 0.716583 | 39,264.45 |
| 0101 | 176720 | 960116 | BKCA | 30,004 | 0.615000 | 0.012 | 0.05 | 0.032083 | 0.709083 | 0.573500 | 0.709083 | 21,275.33 |
| 0101 | 176720 | 960117 | BKCA | 38,586 | 0.610000 | 0.012 | 0.05 | 0.032083 | 0.704083 | 0.573500 | 0.704083 | 27,167.75 |
| 0101 | 176720 | 960122 | BKCA | 30,700 | 0.587500 | 0.012 | 0.05 | 0.032083 | 0.681583 | 0.573500 | 0.681583 | 20,924.60 |
| 0101 | 176717 | 960116 | BKCA | 7,838 | 0.615000 | 0.012 | 0.05 | 0.032083 | 0.709083 | 0.573500 | 0.709083 | 5,557.79 |
| 0101 | 176717 | 960118 | BKCA | 7,834 | 0.600000 | 0.012 | 0.05 | 0.032083 | 0.694083 | 0.573500 | 0.694083 | 5,437.45 |
| 0101 | 176717 | 960122 | BKCA | 7,835 | 0.587500 | 0.012 | 0.05 | 0.032083 | 0.681583 | 0.573500 | 0.681583 | 5,340.20 |
| 0101 | 176716 | 960111 | BKCA | 7,509 | 0.635000 | 0.012 | 0.05 | 0.032083 | 0.729083 | 0.573500 | 0.729083 | 5,474.68 |
| 0101 | 176719 | 960119 | BKCA | 31,686 | 0.588800 | 0.012 | 0.05 | 0.032083 | 0.682883 | 0.573500 | 0.682883 | 21,637.83 |
| 0101 | 176719 | 960122 | BKCA | 31,607 | 0.587500 | 0.012 | 0.05 | 0.032083 | 0.681583 | 0.573500 | 0.681583 | 21,542.79 |
| 0101 | 176718 | 960116 | BKCA | 62,388 | 0.615000 | 0.012 | 0.05 | 0.032083 | 0.709083 | 0.573500 | 0.709083 | 44,238.27 |



0144

FAIR MARKET VALUE OF JP-5
DELIVERED UNDER CONTRACT NO. SPO600-95-D-0507

| A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Line Item | Invoice Number | Delivery Date | Location | Volume | Kerojet Spot Price | FSII | Long Term Contract Premium | Transportation | FMV | Bid Price | Greater of FMV or Bid Price | Fair Market Value of JP-5 [E*L] |
| 0101 | 176718 | 960117 | BKCA | 63,323 | 0.610000 | 0.012 | 0.05 | 0.032083 | 0.704083 | 0.573500 | 0.704083 | 44,584.65 |
| 0101 | 176938 | 960126 | BKCA | 7,502 | 0.552500 | 0.012 | 0.05 | 0.032083 | 0.646583 | 0.573500 | 0.646583 | 4,850.67 |
| 0101 | 176871 | 960123 | BKCA | 46,728 | 0.572500 | 0.012 | 0.05 | 0.032083 | 0.666583 | 0.573500 | 0.666583 | 31,148.09 |
| 0101 | 176871 | 960124 | BKCA | 62,397 | 0.562500 | 0.012 | 0.05 | 0.032083 | 0.656583 | 0.573500 | 0.656583 | 40,968.81 |
| 0101 | 176939 | 960126 | BKCA | 78,277 | 0.552500 | 0.012 | 0.05 | 0.032083 | 0.646583 | 0.573500 | 0.646583 | 50,612.58 |
| 0101 | 176939 | 960127 | BKCA | 92,070 | 0.553750 | 0.012 | 0.05 | 0.032083 | 0.647833 | 0.573500 | 0.647833 | 59,645.98 |
| 0101 | 177103 | 960130 | BKCA | 7,806 | 0.561300 | 0.012 | 0.05 | 0.032083 | 0.655383 | 0.573500 | 0.655383 | 5,115.92 |
| 0101 | 176869 | 960123 | BKCA | 7,813 | 0.572500 | 0.012 | 0.05 | 0.032083 | 0.666583 | 0.573500 | 0.666583 | 5,208.01 |
| 0101 | 176869 | 960124 | BKCA | 7,815 | 0.562500 | 0.012 | 0.05 | 0.032083 | 0.656583 | 0.573500 | 0.656583 | 5,131.20 |
| 0101 | 176869 | 960125 | BKCA | 7,849 | 0.551300 | 0.012 | 0.05 | 0.032083 | 0.645383 | 0.573500 | 0.645383 | 5,065.61 |
| 0101 | 177104 | 960129 | BKCA | 92,230 | 0.555000 | 0.012 | 0.05 | 0.032083 | 0.649083 | 0.573500 | 0.649083 | 59,864.93 |
| 0101 | 177105 | 960130 | BKCA | 30,699 | 0.561300 | 0.012 | 0.05 | 0.032083 | 0.655383 | 0.573500 | 0.655383 | 20,119.60 |
| 0101 | 177105 | 960131 | BKCA | 78,015 | 0.562500 | 0.012 | 0.05 | 0.032083 | 0.656583 | 0.573500 | 0.656583 | 51,223.32 |
| 0101 | 177333 | 960207 | BKCA | 7,810 | 0.547500 | 0.012 | 0.05 | 0.032083 | 0.641583 | 0.573500 | 0.641583 | 5,010.76 |
| 0101 | 177334 | 960201 | BKCA | 93,532 | 0.570000 | 0.012 | 0.05 | 0.032083 | 0.664083 | 0.573500 | 0.664083 | 62,113.01 |
| 0101 | 177334 | 960202 | BKCA | 93,477 | 0.562500 | 0.012 | 0.05 | 0.032083 | 0.656583 | 0.573500 | 0.656583 | 61,375.41 |
| 0101 | 177515 | 960209 | BKCA | 31,514 | 0.545000 | 0.012 | 0.05 | 0.032083 | 0.639083 | 0.573500 | 0.639083 | 20,140.06 |
| 0101 | 177515 | 960212 | BKCA | 31,582 | 0.550000 | 0.012 | 0.05 | 0.032083 | 0.644083 | 0.573500 | 0.644083 | 20,341.43 |
| 0101 | 177514 | 960209 | BKCA | 7,800 | 0.545000 | 0.012 | 0.05 | 0.032083 | 0.639083 | 0.573500 | 0.639083 | 4,984.85 |
| 0101 | 177516 | 960213 | BKCA | 23,755 | 0.555000 | 0.012 | 0.05 | 0.032083 | 0.649083 | 0.573500 | 0.649083 | 15,418.97 |
| 0101 | 177464 | 960205 | BKCA | 32,616 | 0.555000 | 0.012 | 0.05 | 0.032083 | 0.649083 | 0.573500 | 0.649083 | 21,170.49 |
| 0101 | 177465 | 960206 | BKCA | 31,506 | 0.555000 | 0.012 | 0.05 | 0.032083 | 0.649083 | 0.573500 | 0.649083 | 20,450.01 |
| 0101 | 177465 | 960207 | BKCA | 31,523 | 0.547500 | 0.012 | 0.05 | 0.032083 | 0.641583 | 0.573500 | 0.641583 | 20,224.62 |
| 0101 | 177465 | 960208 | BKCA | 31,438 | 0.545000 | 0.012 | 0.05 | 0.032083 | 0.639083 | 0.573500 | 0.639083 | 20,091.49 |
| 0101 | 177466 | 960207 | BKCA | 7,801 | 0.547500 | 0.012 | 0.05 | 0.032083 | 0.641583 | 0.573500 | 0.641583 | 5,004.99 |
| 0101 | 177467 | 960203 | BKCA | 93,512 | 0.558750 | 0.012 | 0.05 | 0.032083 | 0.652833 | 0.573500 | 0.652833 | 61,047.72 |
| 0101 | 177467 | 960205 | BKCA | 77,800 | 0.555000 | 0.012 | 0.05 | 0.032083 | 0.649083 | 0.573500 | 0.649083 | 50,498.66 |
| 0101 | 177468 | 960206 | BKCA | 70,026 | 0.555000 | 0.012 | 0.05 | 0.032083 | 0.649083 | 0.573500 | 0.649083 | 45,452.69 |
| 0101 | 177468 | 960207 | BKCA | 38,537 | 0.547500 | 0.012 | 0.05 | 0.032083 | 0.641583 | 0.573500 | 0.641583 | 24,724.68 |



0145

FAIR MARKET VALUE OF JP-5
DELIVERED UNDER CONTRACT NO. SPO600-95-D-0507

| A<br>Line Item | B<br>Invoice Number | C<br>Delivery Date | D<br>Location | E<br>Volume | F<br>Kerojet Spot Price | G<br>FSII | H<br>Long Term Contract Premium | I<br>Transportation | J<br>FMV | K<br>Bid Price | L<br>Greater of FMV or Bid Price | M<br>Fair Market Value of JP-5 [E*L] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0101 | 177469 | 960208 | BKCA | 7,800 | 0.545000 | 0.012 | 0.05 | 0.032083 | 0.639083 | 0.573500 | 0.639083 | 4,984.85 |
| 0101 | 177732 | 960214 | BKCA | 7,804 | 0.550000 | 0.012 | 0.05 | 0.032083 | 0.644083 | 0.573500 | 0.644083 | 5,026.42 |
| 0101 | 177732 | 960215 | BKCA | 7,707 | 0.547500 | 0.012 | 0.05 | 0.032083 | 0.641583 | 0.573500 | 0.641583 | 4,944.68 |
| 0101 | 177729 | 960214 | BKCA | 39,449 | 0.550000 | 0.012 | 0.05 | 0.032083 | 0.644083 | 0.573500 | 0.644083 | 25,408.43 |
| 0101 | 177729 | 960215 | BKCA | 31,461 | 0.547500 | 0.012 | 0.05 | 0.032083 | 0.641583 | 0.573500 | 0.641583 | 20,184.84 |
| 0101 | 177729 | 960216 | BKCA | 31,456 | 0.545000 | 0.012 | 0.05 | 0.032083 | 0.639083 | 0.573500 | 0.639083 | 20,102.99 |
| 0101 | 177730 | 960214 | BKCA | 61,545 | 0.550000 | 0.012 | 0.05 | 0.032083 | 0.644083 | 0.573500 | 0.644083 | 39,640.09 |
| 0101 | 177730 | 960215 | BKCA | 69,240 | 0.547500 | 0.012 | 0.05 | 0.032083 | 0.641583 | 0.573500 | 0.641583 | 44,423.21 |
| 0101 | 177731 | 960216 | BKCA | 77,445 | 0.545000 | 0.012 | 0.05 | 0.032083 | 0.639083 | 0.573500 | 0.639083 | 49,493.78 |
| 0101 | 177731 | 960219 | BKCA | 93,105 | 0.549400 | 0.012 | 0.05 | 0.032083 | 0.643483 | 0.573500 | 0.643483 | 59,911.48 |
| 0101 | 177968 | 960223 | BKCA | 93,148 | 0.548800 | 0.012 | 0.05 | 0.032083 | 0.642883 | 0.573500 | 0.642883 | 59,883.27 |
| 0101 | 177968 | 960226 | BKCA | 69,798 | 0.552500 | 0.012 | 0.05 | 0.032083 | 0.646583 | 0.573500 | 0.646583 | 45,130.20 |
| 0101 | 177969 | 960220 | BKCA | 7,707 | 0.553800 | 0.012 | 0.05 | 0.032083 | 0.647883 | 0.573500 | 0.647883 | 4,993.23 |
| 0101 | 177969 | 960222 | BKCA | 7,710 | 0.552500 | 0.012 | 0.05 | 0.032083 | 0.646583 | 0.573500 | 0.646583 | 4,985.15 |
| 0101 | 177967 | 960220 | BKCA | 31,634 | 0.553800 | 0.012 | 0.05 | 0.032083 | 0.647883 | 0.573500 | 0.647883 | 20,495.13 |
| 0101 | 177967 | 960221 | BKCA | 31,607 | 0.553800 | 0.012 | 0.05 | 0.032083 | 0.647883 | 0.573500 | 0.647883 | 20,477.64 |
| 0101 | 177967 | 960222 | BKCA | 31,436 | 0.552500 | 0.012 | 0.05 | 0.032083 | 0.646583 | 0.573500 | 0.646583 | 20,325.98 |
| 0101 | 176870 | 960123 | BKCA | 15,751 | 0.572500 | 0.012 | 0.05 | 0.032083 | 0.666583 | 0.573500 | 0.666583 | 10,499.35 |
| 0101 | 176870 | 960124 | BKCA | 47,222 | 0.562500 | 0.012 | 0.05 | 0.032083 | 0.656583 | 0.573500 | 0.656583 | 31,005.16 |
| 0101 | 178134 | 960227 | BKCA | 62,336 | 0.556300 | 0.012 | 0.05 | 0.032083 | 0.650383 | 0.573500 | 0.650383 | 40,542.27 |
| 0101 | 178136 | 960228 | BKCA | 2,003 | 0.547500 | 0.012 | 0.05 | 0.032083 | 0.641583 | 0.573500 | 0.641583 | 1,285.09 |
| 0101 | 178135 | 960227 | BKCA | 7,720 | 0.556300 | 0.012 | 0.05 | 0.032083 | 0.650383 | 0.573500 | 0.650383 | 5,020.96 |
| 0101 | 178135 | 960229 | BKCA | 7,706 | 0.556300 | 0.012 | 0.05 | 0.032083 | 0.650383 | 0.573500 | 0.650383 | 5,011.85 |
| 0101 | 173260 | 960304 | BKCA | 31,658 | 0.557500 | 0.012 | 0.05 | 0.032083 | 0.651583 | 0.573500 | 0.651583 | 20,627.81 |
| 0101 | 178162 | 960301 | BKCA | 7,700 | 0.555000 | 0.012 | 0.05 | 0.032083 | 0.649083 | 0.573500 | 0.649083 | 4,997.94 |
| 0101 | 178453 | 960305 | BKCA | 31,653 | 0.565000 | 0.012 | 0.05 | 0.032083 | 0.659083 | 0.573500 | 0.659083 | 20,861.95 |
| 0101 | 178453 | 960306 | BKCA | 31,561 | 0.567500 | 0.012 | 0.05 | 0.032083 | 0.661583 | 0.573500 | 0.661583 | 20,880.22 |
| 0101 | 178453 | 960307 | BKCA | 31,438 | 0.563800 | 0.012 | 0.05 | 0.032083 | 0.657883 | 0.573500 | 0.657883 | 20,682.53 |
| 0101 | 178453 | 960308 | BKCA | 31,403 | 0.562500 | 0.012 | 0.05 | 0.032083 | 0.656583 | 0.573500 | 0.656583 | 20,618.68 |



0146

FAIR MARKET VALUE OF JP-5
DELIVERED UNDER CONTRACT NO. SPO600-95-D-0507

| A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Line Item | Invoice Number | Delivery Date | Location | Volume | Kerojet Spot Price | FSII | Long Term Contract Premium | Transportation | FMV | Bid Price | Greater of FMV or Bid Price | Fair Market Value of JP-5 [E*L] |
| 0101 | 178454 | 960305 | BKCA | 7,718 | 0.565000 | 0.012 | 0.05 | 0.032083 | 0.659083 | 0.573500 | 0.659083 | 5,086.80 |
| 0101 | 178454 | 960306 | BKCA | 7,721 | 0.567500 | 0.012 | 0.05 | 0.032083 | 0.661583 | 0.573500 | 0.661583 | 5,108.08 |
| 0101 | 178454 | 960307 | BKCA | 7,700 | 0.563800 | 0.012 | 0.05 | 0.032083 | 0.657883 | 0.573500 | 0.657883 | 5,065.70 |
| 0101 | 178455 | 960305 | BKCA | 7,711 | 0.565000 | 0.012 | 0.05 | 0.032083 | 0.659083 | 0.573500 | 0.659083 | 5,082.19 |
| 0101 | 178455 | 960307 | BKCA | 7,700 | 0.563800 | 0.012 | 0.05 | 0.032083 | 0.657883 | 0.573500 | 0.657883 | 5,065.70 |
| 0101 | 178804 | 960311 | BKCA | 31,609 | 0.565000 | 0.012 | 0.05 | 0.032083 | 0.659083 | 0.573500 | 0.659083 | 20,832.95 |
| 0101 | 178805 | 960312 | BKCA | 31,803 | 0.563800 | 0.012 | 0.05 | 0.032083 | 0.657883 | 0.573500 | 0.657883 | 20,922.65 |
| 0101 | 178805 | 960313 | BKCA | 31,725 | 0.562500 | 0.012 | 0.05 | 0.032083 | 0.656583 | 0.573500 | 0.656583 | 20,830.10 |
| 0101 | 178805 | 960314 | BKCA | 31,464 | 0.560000 | 0.012 | 0.05 | 0.032083 | 0.654083 | 0.573500 | 0.654083 | 20,580.07 |
| 0101 | 178806 | 960312 | BKCA | 7,701 | 0.563800 | 0.012 | 0.05 | 0.032083 | 0.657883 | 0.573500 | 0.657883 | 5,066.36 |
| 0101 | 178806 | 960314 | BKCA | 7,700 | 0.560000 | 0.012 | 0.05 | 0.032083 | 0.654083 | 0.573500 | 0.654083 | 5,036.44 |
| 0101 | 179129 | 960315 | BKCA | 31,581 | 0.558800 | 0.012 | 0.05 | 0.032083 | 0.652883 | 0.573500 | 0.652883 | 20,618.70 |
| 0101 | 179129 | 960318 | BKCA | 23,806 | 0.568800 | 0.012 | 0.05 | 0.032083 | 0.662883 | 0.573500 | 0.662883 | 15,780.59 |
| 0101 | 179130 | 960319 | BKCA | 31,607 | 0.585000 | 0.012 | 0.05 | 0.032083 | 0.679083 | 0.573500 | 0.679083 | 21,463.78 |
| 0101 | 179130 | 960320 | BKCA | 31,563 | 0.595000 | 0.012 | 0.05 | 0.032083 | 0.689083 | 0.573500 | 0.689083 | 21,749.53 |
| 0101 | 179130 | 960321 | BKCA | 31,579 | 0.597500 | 0.012 | 0.05 | 0.032083 | 0.691583 | 0.573500 | 0.691583 | 21,839.50 |
| 0101 | 179131 | 960319 | BKCA | 7,701 | 0.585000 | 0.012 | 0.05 | 0.032083 | 0.679083 | 0.573500 | 0.679083 | 5,229.62 |
| 0101 | 179131 | 960322 | BKCA | 7,712 | 0.600000 | 0.012 | 0.05 | 0.032083 | 0.694083 | 0.573500 | 0.694083 | 5,352.77 |
| 0101 | 179390 | 960326 | BKCA | 31,572 | 0.617500 | 0.012 | 0.05 | 0.032083 | 0.711583 | 0.573500 | 0.711583 | 22,466.10 |
| 0101 | 179390 | 960327 | BKCA | 31,513 | 0.632500 | 0.012 | 0.05 | 0.032083 | 0.726583 | 0.573500 | 0.726583 | 22,896.81 |
| 0101 | 179391 | 960329 | BKCA | 7,600 | 0.620000 | 0.012 | 0.05 | 0.032083 | 0.714083 | 0.573500 | 0.714083 | 5,427.03 |
| 0101 | 179865 | 960402 | BKCA | 31,436 | 0.642500 | 0.012 | 0.05 | 0.032083 | 0.736583 | 0.573500 | 0.736583 | 23,155.22 |
| 0101 | 179865 | 960403 | BKCA | 15,833 | 0.650000 | 0.012 | 0.05 | 0.032083 | 0.744083 | 0.573500 | 0.744083 | 11,781.07 |
| 0101 | 179865 | 960404 | BKCA | 31,521 | 0.650000 | 0.012 | 0.05 | 0.032083 | 0.744083 | 0.573500 | 0.744083 | 23,454.24 |
| 0101 | 179865 | 960408 | BKCA | 31,526 | 0.670000 | 0.012 | 0.05 | 0.032083 | 0.764083 | 0.573500 | 0.764083 | 24,088.48 |
| 0101 | 179864 | 960404 | BKCA | 7,700 | 0.650000 | 0.012 | 0.05 | 0.032083 | 0.744083 | 0.573500 | 0.744083 | 5,729.44 |
| 0101 | 180064 | 960409 | BKCA | 7,701 | 0.675000 | 0.012 | 0.05 | 0.032083 | 0.769083 | 0.573500 | 0.769083 | 5,922.71 |
| 0101 | 180064 | 960411 | BKCA | 7,700 | 0.735000 | 0.012 | 0.05 | 0.032083 | 0.829083 | 0.573500 | 0.829083 | 6,383.94 |
| 0101 | 180066 | 960411 | BKCA | 7,650 | 0.735000 | 0.012 | 0.05 | 0.032083 | 0.829083 | 0.573500 | 0.829083 | 6,342.48 |



0147

FAIR MARKET VALUE OF JP-5
DELIVERED UNDER CONTRACT NO. SPO600-95-D-0507

| A<br>Line Item | B<br>Invoice Number | C<br>Delivery Date | D<br>Location | E<br>Volume | F<br>Kerojet Spot Price | G<br>FSII | H<br>Long Term Contract Premium | I<br>Transportation | J<br>FMV | K<br>Bid Price | L<br>Greater of FMV or Bid Price | M<br>Fair Market Value of JP-5 [E*L] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0101 | 180065 | 960409 | BKCA | 23,757 | 0.675000 | 0.012 | 0.05 | 0.032083 | 0.769083 | 0.573500 | 0.769083 | 18,271.10 |
| 0101 | 180065 | 960410 | BKCA | 31,420 | 0.710000 | 0.012 | 0.05 | 0.032083 | 0.804083 | 0.573500 | 0.804083 | 25,264.29 |
| 0101 | 180065 | 960411 | BKCA | 31,554 | 0.735000 | 0.012 | 0.05 | 0.032083 | 0.829083 | 0.573500 | 0.829083 | 26,160.88 |
| 0101 | 180516 | 960412 | BKCA | 7,709 | 0.762500 | 0.012 | 0.05 | 0.032083 | 0.856583 | 0.573500 | 0.856583 | 6,603.40 |
| 0101 | 180519 | 960412 | BKCA | 31,499 | 0.762500 | 0.012 | 0.05 | 0.032083 | 0.856583 | 0.573500 | 0.856583 | 26,981.51 |
| 0101 | 180519 | 960415 | BKCA | 31,208 | 0.755000 | 0.012 | 0.05 | 0.032083 | 0.849083 | 0.573500 | 0.849083 | 26,498.18 |
| 0101 | 180517 | 960412 | BKCA | 7,712 | 0.762500 | 0.012 | 0.05 | 0.032083 | 0.856583 | 0.573500 | 0.856583 | 6,605.97 |
| 0101 | 180518 | 960416 | BKCA | 7,701 | 0.760000 | 0.012 | 0.05 | 0.032083 | 0.854083 | 0.573500 | 0.854083 | 6,577.29 |
| 0101 | 180518 | 960417 | BKCA | 7,845 | 0.775000 | 0.012 | 0.05 | 0.032083 | 0.869083 | 0.573500 | 0.869083 | 6,817.96 |
| 0101 | 180518 | 960418 | BKCA | 7,707 | 0.782500 | 0.012 | 0.05 | 0.032083 | 0.876583 | 0.573500 | 0.876583 | 6,755.83 |
| 0101 | 180518 | 960422 | BKCA | 7,711 | 0.747500 | 0.012 | 0.05 | 0.032083 | 0.841583 | 0.573500 | 0.841583 | 6,489.45 |
| 0101 | 180520 | 960416 | BKCA | 31,301 | 0.760000 | 0.012 | 0.05 | 0.032083 | 0.854083 | 0.573500 | 0.854083 | 26,733.65 |
| 0101 | 180520 | 960417 | BKCA | 31,404 | 0.775000 | 0.012 | 0.05 | 0.032083 | 0.869083 | 0.573500 | 0.869083 | 27,292.68 |
| 0101 | 180520 | 960418 | BKCA | 31,535 | 0.782500 | 0.012 | 0.05 | 0.032083 | 0.876583 | 0.573500 | 0.876583 | 27,643.04 |
| 0101 | 180520 | 960419 | BKCA | 31,511 | 0.785000 | 0.012 | 0.05 | 0.032083 | 0.879083 | 0.573500 | 0.879083 | 27,700.78 |
| 0101 | 180857 | 960424 | BKCA | 2,001 | 0.727500 | 0.012 | 0.05 | 0.032083 | 0.821583 | 0.573500 | 0.821583 | 1,643.99 |
| 0101 | 180856 | 960423 | BKCA | 7,801 | 0.735000 | 0.012 | 0.05 | 0.032083 | 0.829083 | 0.573500 | 0.829083 | 6,467.68 |
| 0101 | 180856 | 960425 | BKCA | 7,700 | 0.725000 | 0.012 | 0.05 | 0.032083 | 0.819083 | 0.573500 | 0.819083 | 6,306.94 |
| 0101 | 181237 | 960506 | BKCA | 31,319 | 0.720000 | 0.012 | 0.05 | 0.032083 | 0.814083 | 0.573500 | 0.814083 | 25,496.27 |
| 0101 | 181238 | 960507 | BKCA | 7,800 | 0.707500 | 0.012 | 0.05 | 0.032083 | 0.801583 | 0.573500 | 0.801583 | 6,252.35 |
| 0101 | 181239 | 960507 | BKCA | 31,311 | 0.707500 | 0.012 | 0.05 | 0.032083 | 0.801583 | 0.573500 | 0.801583 | 25,098.37 |
| 0101 | 181236 | 960501 | BKCA | 7,701 | 0.745000 | 0.012 | 0.05 | 0.032083 | 0.839083 | 0.573500 | 0.839083 | 6,461.78 |
| 0101 | 181236 | 960502 | BKCA | 7,700 | 0.725000 | 0.012 | 0.05 | 0.032083 | 0.819083 | 0.573500 | 0.819083 | 6,306.94 |
| 0101 | 181832 | 960509 | BKCA | 7,725 | 0.692500 | 0.012 | 0.05 | 0.032083 | 0.786583 | 0.573500 | 0.786583 | 6,076.35 |
| 0101 | 181830 | 960508 | BKCA | 31,204 | 0.707500 | 0.012 | 0.05 | 0.032083 | 0.801583 | 0.573500 | 0.801583 | 25,012.60 |
| 0101 | 181830 | 960509 | BKCA | 31,287 | 0.692500 | 0.012 | 0.05 | 0.032083 | 0.786583 | 0.573500 | 0.786583 | 24,609.82 |
| 0101 | 181830 | 960510 | BKCA | 31,217 | 0.665000 | 0.012 | 0.05 | 0.032083 | 0.759083 | 0.573500 | 0.759083 | 23,696.29 |
| 0101 | 181830 | 960513 | BKCA | 31,414 | 0.650000 | 0.012 | 0.05 | 0.032083 | 0.744083 | 0.573500 | 0.744083 | 23,374.62 |
| 0101 | 181831 | 960514 | BKCA | 31,406 | 0.630000 | 0.012 | 0.05 | 0.032083 | 0.724083 | 0.573500 | 0.724083 | 22,740.55 |

FAIR MARKET VALUE OF JP-5
DELIVERED UNDER CONTRACT NO. SPO600-95-D-0507

| A<br>Line Item | B<br>Invoice Number | C<br>Delivery Date | D<br>Location | E<br>Volume | F<br>Kerojet Spot Price | G<br>FSII | H<br>Long Term Contract Premium | I<br>Transportation | J<br>FMV | K<br>Bid Price | L<br>Greater of FMV or Bid Price | M<br>Fair Market Value of JP-5 [E*L] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0101 | 182439 | 960522 | BKCA | 7,800 | 0.620000 | 0.012 | 0.05 | 0.032083 | 0.714083 | 0.573500 | 0.714083 | 5,569.85 |
| 0101 | 182439 | 960523 | BKCA | 7,800 | 0.628800 | 0.012 | 0.05 | 0.032083 | 0.722883 | 0.573500 | 0.722883 | 5,638.49 |
| 0101 | 182442 | 960520 | BKCA | 7,700 | 0.605000 | 0.012 | 0.05 | 0.032083 | 0.699083 | 0.573500 | 0.699083 | 5,382.94 |
| 0101 | 182443 | 960521 | BKCA | 7,700 | 0.615000 | 0.012 | 0.05 | 0.032083 | 0.709083 | 0.573500 | 0.709083 | 5,459.94 |
| 0101 | 182443 | 960522 | BKCA | 7,700 | 0.620000 | 0.012 | 0.05 | 0.032083 | 0.714083 | 0.573500 | 0.714083 | 5,498.44 |
| 0101 | 182443 | 960523 | BKCA | 7,700 | 0.628800 | 0.012 | 0.05 | 0.032083 | 0.722883 | 0.573500 | 0.722883 | 5,566.20 |
| 0101 | 182440 | 960515 | BKCA | 23,423 | 0.603800 | 0.012 | 0.05 | 0.032083 | 0.697883 | 0.573500 | 0.697883 | 16,346.51 |
| 0101 | 182440 | 960516 | BKCA | 31,305 | 0.603800 | 0.012 | 0.05 | 0.032083 | 0.697883 | 0.573500 | 0.697883 | 21,847.23 |
| 0101 | 182440 | 960517 | BKCA | 31,256 | 0.601300 | 0.012 | 0.05 | 0.032083 | 0.695383 | 0.573500 | 0.695383 | 21,734.89 |
| 0101 | 182440 | 960520 | BKCA | 31,435 | 0.605000 | 0.012 | 0.05 | 0.032083 | 0.699083 | 0.573500 | 0.699083 | 21,975.67 |
| 0101 | 182441 | 960521 | BKCA | 31,408 | 0.615000 | 0.012 | 0.05 | 0.032083 | 0.709083 | 0.573500 | 0.709083 | 22,270.88 |
| 0101 | 182441 | 960522 | BKCA | 31,214 | 0.620000 | 0.012 | 0.05 | 0.032083 | 0.714083 | 0.573500 | 0.714083 | 22,289.39 |
| 0101 | 182600 | 960528 | BKCA | 7,701 | 0.632500 | 0.012 | 0.05 | 0.032083 | 0.726583 | 0.573500 | 0.726583 | 5,595.42 |
| 0101 | 183181 | 960603 | BKCA | 31,229 | 0.612500 | 0.012 | 0.05 | 0.032083 | 0.706583 | 0.573500 | 0.706583 | 22,065.88 |
| 0101 | 183182 | 960604 | BKCA | 15,602 | 0.610000 | 0.012 | 0.05 | 0.032083 | 0.704083 | 0.573500 | 0.704083 | 10,985.10 |
| 0101 | 183182 | 960605 | BKCA | 31,219 | 0.601300 | 0.012 | 0.05 | 0.032083 | 0.695383 | 0.573500 | 0.695383 | 21,709.16 |
| 0101 | 183182 | 960606 | BKCA | 31,249 | 0.597500 | 0.012 | 0.05 | 0.032083 | 0.691583 | 0.573500 | 0.691583 | 21,611.28 |
| 0101 | 183182 | 960607 | BKCA | 31,203 | 0.590000 | 0.012 | 0.05 | 0.032083 | 0.684083 | 0.573500 | 0.684083 | 21,345.44 |
| 0101 | 183182 | 960610 | BKCA | 31,209 | 0.590000 | 0.012 | 0.05 | 0.032083 | 0.684083 | 0.573500 | 0.684083 | 21,349.55 |
| 0101 | 183183 | 960611 | BKCA | 31,215 | 0.580000 | 0.012 | 0.05 | 0.032083 | 0.674083 | 0.573500 | 0.674083 | 21,041.50 |
| 0101 | 183563 | 960612 | BKCA | 31,223 | 0.567500 | 0.012 | 0.05 | 0.032083 | 0.661583 | 0.573500 | 0.661583 | 20,656.61 |
| 0101 | 183563 | 960613 | BKCA | 31,209 | 0.545000 | 0.012 | 0.05 | 0.032083 | 0.639083 | 0.573500 | 0.639083 | 19,945.14 |
| 0101 | 183563 | 960614 | BKCA | 31,211 | 0.540000 | 0.012 | 0.05 | 0.032083 | 0.634083 | 0.573500 | 0.634083 | 19,790.36 |
| 0101 | 183563 | 960617 | BKCA | 15,807 | 0.550000 | 0.012 | 0.05 | 0.032083 | 0.644083 | 0.573500 | 0.644083 | 10,181.02 |
| 0101 | 183939 | 960625 | BKCA | 31,366 | 0.590000 | 0.012 | 0.05 | 0.032083 | 0.684083 | 0.573500 | 0.684083 | 21,456.95 |
| 0101 | 183851 | 960621 | BKCA | 31,208 | 0.565000 | 0.012 | 0.05 | 0.032083 | 0.659083 | 0.573500 | 0.659083 | 20,568.66 |
| 0101 | 183851 | 960624 | BKCA | 31,217 | 0.570000 | 0.012 | 0.05 | 0.032083 | 0.664083 | 0.573500 | 0.664083 | 20,730.68 |
| 0101 | 183852 | 960621 | BKCA | 2,006 | 0.565000 | 0.012 | 0.05 | 0.032083 | 0.659083 | 0.573500 | 0.659083 | 1,322.12 |
| 0101 | 183712 | 960619 | BKCA | 23,416 | 0.550000 | 0.012 | 0.05 | 0.032083 | 0.644083 | 0.573500 | 0.644083 | 15,081.85 |



0149

FAIR MARKET VALUE OF JP-5
DELIVERED UNDER CONTRACT NO. SPO600-95-D-0507

| A<br>Line Item | B<br>Invoice Number | C<br>Delivery Date | D<br>Location | E<br>Volume | F<br>Kerojet Spot Price | G<br>FSII | H<br>Long Term Contract Premium | I<br>Transportation | J<br>FMV | K<br>Bid Price | L<br>Greater of FMV or Bid Price | M<br>Fair Market Value of JP-5 [E*L] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0101 | 183712 | 960620 | BKCA | 31,215 | 0.560000 | 0.012 | 0.05 | 0.032083 | 0.654083 | 0.573500 | 0.654083 | 20,417.20 |
| 0101 | 184639 | 960708 | BKCA | 15,803 | 0.657500 | 0.012 | 0.05 | 0.032083 | 0.751583 | 0.573500 | 0.751583 | 11,877.27 |
| 0101 | 184640 | 960709 | BKCA | 31,344 | 0.670000 | 0.012 | 0.05 | 0.032083 | 0.764083 | 0.573500 | 0.764083 | 23,949.42 |
| 0101 | 184640 | 960710 | BKCA | 31,226 | 0.687500 | 0.012 | 0.05 | 0.032083 | 0.781583 | 0.573500 | 0.781583 | 24,405.71 |
| 0101 | 184640 | 960711 | BKCA | 31,245 | 0.695000 | 0.012 | 0.05 | 0.032083 | 0.789083 | 0.573500 | 0.789083 | 24,654.90 |
| 0101 | 184641 | 960708 | BKCA | 7,726 | 0.657500 | 0.012 | 0.05 | 0.032083 | 0.751583 | 0.573500 | 0.751583 | 5,806.73 |
| 0101 | 184642 | 960709 | BKCA | 7,801 | 0.670000 | 0.012 | 0.05 | 0.032083 | 0.764083 | 0.573500 | 0.764083 | 5,960.61 |
| 0101 | 184642 | 960710 | BKCA | 7,700 | 0.687500 | 0.012 | 0.05 | 0.032083 | 0.781583 | 0.573500 | 0.781583 | 6,018.19 |
| 0101 | 184642 | 960711 | BKCA | 7,800 | 0.695000 | 0.012 | 0.05 | 0.032083 | 0.789083 | 0.573500 | 0.789083 | 6,154.85 |
| 0101 | 184637 | 960702 | BKCA | 7,701 | 0.650000 | 0.012 | 0.05 | 0.032083 | 0.744083 | 0.573500 | 0.744083 | 5,730.18 |
| 0101 | 184638 | 960709 | BKCA | 7,701 | 0.670000 | 0.012 | 0.05 | 0.032083 | 0.764083 | 0.573500 | 0.764083 | 5,884.20 |
| 0101 | 184799 | 960712 | BKCA | 31,206 | 0.685000 | 0.012 | 0.05 | 0.032083 | 0.779083 | 0.573500 | 0.779083 | 24,312.06 |
| 0101 | 184799 | 960715 | BKCA | 31,270 | 0.682500 | 0.012 | 0.05 | 0.032083 | 0.776583 | 0.573500 | 0.776583 | 24,283.75 |
| 0101 | 185000 | 960716 | BKCA | 7,701 | 0.680000 | 0.012 | 0.05 | 0.032083 | 0.774083 | 0.573500 | 0.774083 | 5,961.21 |
| 0101 | 184999 | 960716 | BKCA | 23,613 | 0.680000 | 0.012 | 0.05 | 0.032083 | 0.774083 | 0.573500 | 0.774083 | 18,278.42 |
| 0101 | 184999 | 960717 | BKCA | 31,227 | 0.665000 | 0.012 | 0.05 | 0.032083 | 0.759083 | 0.573500 | 0.759083 | 23,703.88 |
| 0101 | 184999 | 960718 | BKCA | 23,429 | 0.645000 | 0.012 | 0.05 | 0.032083 | 0.739083 | 0.573500 | 0.739083 | 17,315.98 |
| 0101 | 184999 | 960719 | BKCA | 31,414 | 0.642500 | 0.012 | 0.05 | 0.032083 | 0.736583 | 0.573500 | 0.736583 | 23,139.02 |
| 0101 | 183564 | 960618 | BKCA | 31,205 | 0.550000 | 0.012 | 0.05 | 0.032083 | 0.644083 | 0.573500 | 0.644083 | 20,098.61 |
| 0101 | 185349 | 960722 | BKCA | 31,296 | 0.625000 | 0.012 | 0.05 | 0.032083 | 0.719083 | 0.573500 | 0.719083 | 22,504.42 |
| 0101 | 185350 | 960723 | BKCA | 31,242 | 0.625000 | 0.012 | 0.05 | 0.032083 | 0.719083 | 0.573500 | 0.719083 | 22,465.59 |
| 0101 | 185350 | 960724 | BKCA | 31,613 | 0.635000 | 0.012 | 0.05 | 0.032083 | 0.729083 | 0.573500 | 0.729083 | 23,048.50 |
| 0101 | 185350 | 960725 | BKCA | 15,654 | 0.645000 | 0.012 | 0.05 | 0.032083 | 0.739083 | 0.573500 | 0.739083 | 11,569.61 |
| 0101 | 185350 | 960726 | BKCA | 7,813 | 0.642500 | 0.012 | 0.05 | 0.032083 | 0.736583 | 0.573500 | 0.736583 | 5,754.92 |
| 0101 | 185351 | 960723 | BKCA | 7,701 | 0.625000 | 0.012 | 0.05 | 0.032083 | 0.719083 | 0.573500 | 0.719083 | 5,537.66 |
| 0101 | 186087 | 960805 | BKCA | 31,328 | 0.695000 | 0.012 | 0.05 | 0.032083 | 0.789083 | 0.573500 | 0.789083 | 24,720.39 |
| 0101 | 186089 | 960806 | BKCA | 7,701 | 0.698800 | 0.012 | 0.05 | 0.032083 | 0.792883 | 0.573500 | 0.792883 | 6,105.99 |
| 0101 | 186088 | 960806 | BKCA | 31,456 | 0.698800 | 0.012 | 0.05 | 0.032083 | 0.792883 | 0.573500 | 0.792883 | 24,940.93 |
| 0101 | 186088 | 960807 | BKCA | 23,552 | 0.705000 | 0.012 | 0.05 | 0.032083 | 0.799083 | 0.573500 | 0.799083 | 18,820.00 |

0150