FAIR MARKET VALUE OF JP-5
DELIVERED UNDER CONTRACT NO. SPO600-95-D-0507

| A<br>Line Item | B<br>Invoice Number | C<br>Delivery Date | D<br>Location | E<br>Volume | F<br>Kerojet Spot Price | G<br>FSII | H<br>Long Term Contract Premium | I<br>Transportation | J<br>FMV | K<br>Bid Price | L<br>Greater of FMV or Bid Price | M<br>Fair Market Value of JP-5 [E*L] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0101 | 186088 | 960808 | BKCA | 31,315 | 0.717500 | 0.012 | 0.05 | 0.032083 | 0.811583 | 0.573500 | 0.811583 | 25,414.72 |
| 0101 | 186088 | 960809 | BKCA | 7,807 | 0.712500 | 0.012 | 0.05 | 0.032083 | 0.806583 | 0.573500 | 0.806583 | 6,296.99 |
| 0101 | 186573 | 960812 | BKCA | 15,763 | 0.720000 | 0.012 | 0.05 | 0.032083 | 0.814083 | 0.573500 | 0.814083 | 12,832.39 |
| 0101 | 186574 | 960813 | BKCA | 31,233 | 0.742500 | 0.012 | 0.05 | 0.032083 | 0.836583 | 0.573500 | 0.836583 | 26,129.00 |
| 0101 | 186574 | 960814 | BKCA | 31,225 | 0.745000 | 0.012 | 0.05 | 0.032083 | 0.839083 | 0.573500 | 0.839083 | 26,200.37 |
| 0101 | 186574 | 960815 | BKCA | 15,601 | 0.735000 | 0.012 | 0.05 | 0.032083 | 0.829083 | 0.573500 | 0.829083 | 12,934.52 |
| 0101 | 186574 | 960816 | BKCA | 31,356 | 0.735000 | 0.012 | 0.05 | 0.032083 | 0.829083 | 0.573500 | 0.829083 | 25,996.73 |
| 0101 | 186575 | 960812 | BKCA | 7,700 | 0.720000 | 0.012 | 0.05 | 0.032083 | 0.814083 | 0.573500 | 0.814083 | 6,268.44 |
| 0101 | 186576 | 960813 | BKCA | 7,701 | 0.742500 | 0.012 | 0.05 | 0.032083 | 0.836583 | 0.573500 | 0.836583 | 6,442.53 |
| 0101 | 186576 | 960814 | BKCA | 7,701 | 0.745000 | 0.012 | 0.05 | 0.032083 | 0.839083 | 0.573500 | 0.839083 | 6,461.78 |
| 0101 | 186576 | 960815 | BKCA | 7,700 | 0.735000 | 0.012 | 0.05 | 0.032083 | 0.829083 | 0.573500 | 0.829083 | 6,383.94 |
| 0101 | 186576 | 960816 | BKCA | 7,701 | 0.735000 | 0.012 | 0.05 | 0.032083 | 0.829083 | 0.573500 | 0.829083 | 6,384.77 |
| 0101 | 186577 | 960815 | BKCA | 2,006 | 0.735000 | 0.012 | 0.05 | 0.032083 | 0.829083 | 0.573500 | 0.829083 | 1,663.14 |
| 0101 | 187010 | 960820 | BKCA | 31,411 | 0.710000 | 0.012 | 0.05 | 0.032083 | 0.804083 | 0.573500 | 0.804083 | 25,257.05 |
| 0101 | 187010 | 960821 | BKCA | 31,318 | 0.710000 | 0.012 | 0.05 | 0.032083 | 0.804083 | 0.573500 | 0.804083 | 25,182.27 |
| 0101 | 187010 | 960822 | BKCA | 31,229 | 0.720000 | 0.012 | 0.05 | 0.032083 | 0.814083 | 0.573500 | 0.814083 | 25,423.00 |
| 0101 | 187010 | 960823 | BKCA | 23,424 | 0.715000 | 0.012 | 0.05 | 0.032083 | 0.809083 | 0.573500 | 0.809083 | 18,951.96 |
| 0101 | 187009 | 960819 | BKCA | 31,507 | 0.717500 | 0.012 | 0.05 | 0.032083 | 0.811583 | 0.573500 | 0.811583 | 25,570.55 |
| 0101 | 187127 | 960827 | BKCA | 7,700 | 0.720000 | 0.012 | 0.05 | 0.032083 | 0.814083 | 0.573500 | 0.814083 | 6,268.44 |
| 0101 | 187011 | 960820 | BKCA | 7,700 | 0.710000 | 0.012 | 0.05 | 0.032083 | 0.804083 | 0.573500 | 0.804083 | 6,191.44 |
| 0101 | 185471 | 960730 | BKCA | 7,700 | 0.655000 | 0.012 | 0.05 | 0.032083 | 0.749083 | 0.573500 | 0.749083 | 5,767.94 |
| 0101 | 187782 | 960910 | BKCA | 7,701 | 0.790000 | 0.012 | 0.05 | 0.032083 | 0.884083 | 0.573500 | 0.884083 | 6,808.32 |
| 0101 | 187782 | 960912 | BKCA | 7,700 | 0.802500 | 0.012 | 0.05 | 0.032083 | 0.896583 | 0.573500 | 0.896583 | 6,903.69 |
| 0101 | 187783 | 960910 | BKCA | 31,417 | 0.790000 | 0.012 | 0.05 | 0.032083 | 0.884083 | 0.573500 | 0.884083 | 27,775.24 |
| 0101 | 187783 | 960911 | BKCA | 15,623 | 0.801300 | 0.012 | 0.05 | 0.032083 | 0.895383 | 0.573500 | 0.895383 | 13,988.57 |
| 0101 | 187783 | 960912 | BKCA | 31,200 | 0.802500 | 0.012 | 0.05 | 0.032083 | 0.896583 | 0.573500 | 0.896583 | 27,973.39 |
| 0101 | 187640 | 960904 | BKCA | 7,700 | 0.762500 | 0.012 | 0.05 | 0.032083 | 0.856583 | 0.573500 | 0.856583 | 6,595.69 |
| 0101 | 187640 | 960906 | BKCA | 7,760 | 0.772500 | 0.012 | 0.05 | 0.032083 | 0.866583 | 0.573500 | 0.866583 | 6,724.68 |
| 0101 | 187641 | 960903 | BKCA | 31,510 | 0.767500 | 0.012 | 0.05 | 0.032083 | 0.861583 | 0.573500 | 0.861583 | 27,148.48 |



0151

FAIR MARKET VALUE OF JP-5
DELIVERED UNDER CONTRACT NO. SPO600-95-D-0507

| A<br>Line Item | B<br>Invoice Number | C<br>Delivery Date | D<br>Location | E<br>Volume | F<br>Kerojet Spot Price | G<br>FSII | H<br>Long Term Contract Premium | I<br>Transportation | J<br>FMV | K<br>Bid Price | L<br>Greater of FMV or Bid Price | M<br>Fair Market Value of JP-5 [E*L] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0101 | 187641 | 960904 | BKCA | 31,209 | 0.762500 | 0.012 | 0.05 | 0.032083 | 0.856583 | 0.573500 | 0.856583 | 26,733.10 |
| 0101 | 187641 | 960905 | BKCA | 31,209 | 0.755000 | 0.012 | 0.05 | 0.032083 | 0.849083 | 0.573500 | 0.849083 | 26,499.03 |
| 0101 | 187641 | 960906 | BKCA | 31,238 | 0.772500 | 0.012 | 0.05 | 0.032083 | 0.866583 | 0.573500 | 0.866583 | 27,070.32 |
| 0101 | 187641 | 960909 | BKCA | 31,357 | 0.765000 | 0.012 | 0.05 | 0.032083 | 0.859083 | 0.573500 | 0.859083 | 26,938.27 |
| 0101 | 188035 | 960919 | BKCA | 8,070 | 0.738800 | 0.012 | 0.05 | 0.032083 | 0.832883 | 0.573500 | 0.832883 | 6,721.37 |
| 0101 | 188032 | 960917 | BKCA | 7,721 | 0.772500 | 0.012 | 0.05 | 0.032083 | 0.866583 | 0.573500 | 0.866583 | 6,690.89 |
| 0101 | 188033 | 960913 | BKCA | 23,421 | 0.790000 | 0.012 | 0.05 | 0.032083 | 0.884083 | 0.573500 | 0.884083 | 20,706.11 |
| 0101 | 188033 | 960916 | BKCA | 31,543 | 0.780000 | 0.012 | 0.05 | 0.032083 | 0.874083 | 0.573500 | 0.874083 | 27,571.20 |
| 0101 | 188034 | 960917 | BKCA | 31,553 | 0.772500 | 0.012 | 0.05 | 0.032083 | 0.866583 | 0.573500 | 0.866583 | 27,343.29 |
| 0101 | 188034 | 960918 | BKCA | 31,596 | 0.747500 | 0.012 | 0.05 | 0.032083 | 0.841583 | 0.573500 | 0.841583 | 26,590.66 |
| 0101 | 188034 | 960919 | BKCA | 23,645 | 0.738800 | 0.012 | 0.05 | 0.032083 | 0.832883 | 0.573500 | 0.832883 | 19,693.52 |
| 0101 | 188034 | 960919 | BKCA | 7,811 | 0.738800 | 0.012 | 0.05 | 0.032083 | 0.832883 | 0.573500 | 0.832883 | 6,505.65 |
| 0101 | 188166 | 960920 | BKCA | 7,700 | 0.717500 | 0.012 | 0.05 | 0.032083 | 0.811583 | 0.573500 | 0.811583 | 6,249.19 |
| 0101 | 188165 | 960920 | BKCA | 15,636 | 0.717500 | 0.012 | 0.05 | 0.032083 | 0.811583 | 0.573500 | 0.811583 | 12,689.91 |
| 0101 | 188416 | 960924 | BKCA | 7,701 | 0.712500 | 0.012 | 0.05 | 0.032083 | 0.806583 | 0.573500 | 0.806583 | 6,211.50 |
| 0101 | 188416 | 960926 | BKCA | 7,700 | 0.727500 | 0.012 | 0.05 | 0.032083 | 0.821583 | 0.573500 | 0.821583 | 6,326.19 |
| | | | | | | | | | | | **Total Fair Market Value of JP-5:** | **$6,163,637.53** |



0152

# EXHIBIT 3

TOTAL PAYMENTS FOR JP-5
RECEIVED UNDER CONTRACT NO. SPO600-95-D-0507

| Line Item | Invoice Number | Delivery Date | Location | Volume | Product Value |
|---|---|---|---|---|---|
| 0101 | 172289 | 951002 | BKCA | 7,699 | 4,729.73 |
| 0101 | 172719 | 951011 | BKCA | 30,838 | 19,014.09 |
| 0101 | 172719 | 951012 | BKCA | 46,328 | 28,564.92 |
| 0101 | 172719 | 951012 | BKCA | 31,485 | 19,413.02 |
| 0101 | 172291 | 951003 | BKCA | 7,701 | 4,727.10 |
| 0101 | 172292 | 951003 | BKCA | 15,406 | 9,456.66 |
| 0101 | 172721 | 951014 | BKCA | 61,739 | 38,067.03 |
| 0101 | 172720 | 951013 | BKCA | 101,061 | 62,312.19 |
| 0101 | 172779 | 951018 | BKCA | 61,933 | 38,186.65 |
| 0101 | 173007 | 951023 | BKCA | 7,803 | 4,801.42 |
| 0101 | 173002 | 951017 | BKCA | 7,800 | 4,799.57 |
| 0101 | 173002 | 951019 | BKCA | 7,818 | 4,810.67 |
| 0101 | 173006 | 951023 | BKCA | 70,143 | 43,161.09 |
| 0101 | 173005 | 951020 | BKCA | 85,371 | 52,531.34 |
| 0101 | 173004 | 951019 | BKCA | 77,739 | 47,835.14 |
| 0101 | 173003 | 951017 | BKCA | 61,856 | 38,061.85 |
| 0101 | 173003 | 951018 | BKCA | 77,744 | 47,838.22 |
| 0101 | 173285 | 951027 | BKCA | 70,078 | 43,250.04 |
| 0101 | 173360 | 951030 | BKCA | 77,996 | 48,136.79 |
| 0101 | 173361 | 951031 | BKCA | 52,300 | 38,963.48 |
| 0101 | 173362 | 951031 | BKCA | 7,818 | 4,889.51 |
| 0101 | 173523 | 951101 | BKCA | 92,431 | 57,807.91 |
| 0101 | 173524 | 951102 | BKCA | 92,334 | 57,747.26 |
| 0101 | 173525 | 951102 | BKCA | 7,784 | 4,868.25 |
| 0101 | 173092 | 951024 | BKCA | 7,803 | 4,815.78 |
| 0101 | 173599 | 951103 | BKCA | 66,819 | 41,789.73 |
| 0101 | 174007 | 951107 | BKCA | 7,822 | 5,073.87 |
| 0101 | 174007 | 951109 | BKCA | 7,718 | 5,006.41 |
| 0101 | 174008 | 951108 | BKCA | 15,541 | 10,080.93 |
| 0101 | 174008 | 951113 | BKCA | 7,801 | 5,060.25 |
| 0101 | 174435 | 951120 | BKCA | 7,700 | 4,935.06 |
| 0101 | 174536 | 951121 | BKCA | 7,806 | 4,988.33 |
| 0101 | 174547 | 951128 | BKCA | 2,010 | 1,288.85 |

0154

TOTAL PAYMENTS FOR JP-5
RECEIVED UNDER CONTRACT NO. SPO600-95-D-0507

| Line Item | Invoice Number | Delivery Date | Location | Volume | Product Value |
|---|---|---|---|---|---|
| 0101 | 175024 | 951206 | BKCA | 31,225 | 20,561.66 |
| 0101 | 175024 | 951207 | BKCA | 31,695 | 20,871.16 |
| 0101 | 175024 | 951208 | BKCA | 31,639 | 20,834.28 |
| 0101 | 175025 | 951207 | BKCA | 36,036 | 23,729.71 |
| 0101 | 175025 | 951208 | BKCA | 30,494 | 20,080.30 |
| 0101 | 175358 | 951211 | BKCA | 7,700 | 5,070.45 |
| 0101 | 175359 | 951213 | BKCA | 7,701 | 5,103.20 |
| 0101 | 175359 | 951215 | BKCA | 7,823 | 5,184.04 |
| 0101 | 175359 | 951218 | BKCA | 7,846 | 5,199.29 |
| 0101 | 175360 | 951211 | BKCA | 31,725 | 20,890.91 |
| 0101 | 175361 | 951212 | BKCA | 31,738 | 21,031.73 |
| 0101 | 175361 | 951213 | BKCA | 31,395 | 20,804.43 |
| 0101 | 175361 | 951214 | BKCA | 31,936 | 21,162.93 |
| 0101 | 175361 | 951215 | BKCA | 24,062 | 15,945.09 |
| 0101 | 175361 | 951218 | BKCA | 32,003 | 21,207.33 |
| 0101 | 175362 | 951211 | BKCA | 38,267 | 25,198.82 |
| 0101 | 175364 | 951212 | BKCA | 38,278 | 25,365.57 |
| 0101 | 175364 | 951213 | BKCA | 38,249 | 25,346.35 |
| 0101 | 175364 | 951214 | BKCA | 38,260 | 25,353.64 |
| 0101 | 175364 | 951215 | BKCA | 38,258 | 25,352.31 |
| 0101 | 175364 | 951218 | BKCA | 38,612 | 25,586.90 |
| 0101 | 175471 | 951219 | BKCA | 30,916 | 20,443.21 |
| 0101 | 175471 | 951220 | BKCA | 38,618 | 25,536.15 |
| 0101 | 175471 | 951221 | BKCA | 31,021 | 20,512.64 |
| 0101 | 175470 | 951219 | BKCA | 31,615 | 20,905.42 |
| 0101 | 175470 | 951220 | BKCA | 31,648 | 20,927.24 |
| 0101 | 175470 | 951220 | BKCA | 15,618 | 10,327.40 |
| 0101 | 175470 | 951221 | BKCA | 31,634 | 20,917.98 |
| 0101 | 175470 | 951221 | BKCA | 15,363 | 10,339.31 |
| 0101 | 175730 | 951222 | BKCA | 22,909 | 15,148.58 |
| 0101 | 175731 | 951222 | BKCA | 39,064 | 25,831.07 |
| 0101 | 175732 | 951226 | BKCA | 54,969 | 36,522.34 |
| 0101 | 175732 | 951227 | BKCA | 47,169 | 31,339.89 |

0155

TOTAL PAYMENTS FOR JP-5
RECEIVED UNDER CONTRACT NO. SPO600-95-D-0507

| Line Item | Invoice Number | Delivery Date | Location | Volume | Product Value |
|---|---|---|---|---|---|
| 0101 | 175733 | 951228 | BKCA | 47,442 | 31,521.27 |
| 0101 | 176062 | 960103 | BKCA | 54,734 | 37,757.32 |
| 0101 | 176063 | 960104 | BKCA | 61,278 | 42,271.59 |
| 0101 | 176063 | 960105 | BKCA | 61,206 | 42,221.92 |
| 0101 | 176183 | 960108 | BKCA | 54,826 | 37,820.79 |
| 0101 | 176184 | 960109 | BKCA | 55,020 | 37,748.29 |
| 0101 | 176185 | 960109 | BKCA | 7,825 | 5,368.60 |
| 0101 | 176539 | 960110 | BKCA | 2,027 | 1,390.69 |
| 0101 | 176537 | 960110 | BKCA | 54,973 | 37,716.04 |
| 0101 | 176537 | 960111 | BKCA | 54,948 | 37,698.89 |
| 0101 | 176538 | 960112 | BKCA | 54,794 | 37,593.23 |
| 0101 | 176720 | 960116 | BKCA | 30,004 | 20,410.22 |
| 0101 | 176720 | 960117 | BKCA | 38,586 | 26,248.13 |
| 0101 | 176720 | 960122 | BKCA | 30,700 | 20,883.68 |
| 0101 | 176717 | 960116 | BKCA | 7,838 | 5,331.80 |
| 0101 | 176717 | 960118 | BKCA | 7,834 | 5,329.08 |
| 0101 | 176717 | 960122 | BKCA | 7,835 | 5,329.76 |
| 0101 | 176716 | 960111 | BKCA | 7,509 | 5,151.80 |
| 0101 | 176719 | 960119 | BKCA | 31,686 | 21,554.40 |
| 0101 | 176719 | 960122 | BKCA | 31,607 | 21,500.66 |
| 0101 | 176718 | 960116 | BKCA | 62,388 | 42,439.44 |
| 0101 | 176718 | 960117 | BKCA | 63,323 | 43,075.47 |
| 0101 | 176938 | 960126 | BKCA | 7,502 | 4,875.68 |
| 0101 | 176871 | 960123 | BKCA | 46,728 | 30,369.32 |
| 0101 | 176871 | 960124 | BKCA | 62,397 | 40,552.87 |
| 0101 | 176939 | 960126 | BKCA | 78,277 | 50,873.56 |
| 0101 | 176939 | 960127 | BKCA | 92,070 | 59,837.86 |
| 0101 | 177103 | 960130 | BKCA | 7,806 | 4,832.56 |
| 0101 | 176869 | 960123 | BKCA | 7,813 | 5,077.80 |
| 0101 | 176869 | 960124 | BKCA | 7,815 | 5,079.10 |
| 0101 | 176869 | 960125 | BKCA | 7,849 | 5,101.20 |
| 0101 | 177104 | 960129 | BKCA | 92,230 | 59,941.84 |
| 0101 | 177105 | 960130 | BKCA | 30,699 | 19,005.23 |

0156

TOTAL PAYMENTS FOR JP-5
RECEIVED UNDER CONTRACT NO. SPO600-95-D-0507

| Line Item | Invoice Number | Delivery Date | Location | Volume | Product Value |
|---|---|---|---|---|---|
| 0101 | 177105 | 960131 | BKCA | 78,015 | 48,297.76 |
| 0101 | 177333 | 960207 | BKCA | 7,810 | 4,835.04 |
| 0101 | 177334 | 960201 | BKCA | 93,532 | 57,904.07 |
| 0101 | 177334 | 960202 | BKCA | 93,477 | 57,870.02 |
| 0101 | 177515 | 960209 | BKCA | 31,514 | 19,459.90 |
| 0101 | 177515 | 960212 | BKCA | 31,582 | 19,501.89 |
| 0101 | 177514 | 960209 | BKCA | 7,800 | 4,816.50 |
| 0101 | 177516 | 960213 | BKCA | 23,755 | 14,407.41 |
| 0101 | 177464 | 960205 | BKCA | 32,616 | 20,192.01 |
| 0101 | 177465 | 960206 | BKCA | 31,506 | 19,454.96 |
| 0101 | 177465 | 960207 | BKCA | 31,523 | 19,465.45 |
| 0101 | 177465 | 960208 | BKCA | 31,438 | 19,412.97 |
| 0101 | 177466 | 960207 | BKCA | 7,801 | 4,817.12 |
| 0101 | 177467 | 960203 | BKCA | 93,512 | 57,891.69 |
| 0101 | 177467 | 960205 | BKCA | 77,800 | 48,164.66 |
| 0101 | 177468 | 960206 | BKCA | 70,026 | 43,241.05 |
| 0101 | 177468 | 960207 | BKCA | 38,537 | 23,796.60 |
| 0101 | 177469 | 960208 | BKCA | 7,800 | 4,816.50 |
| 0101 | 177732 | 960214 | BKCA | 7,804 | 4,733.13 |
| 0101 | 177732 | 960215 | BKCA | 7,707 | 4,674.30 |
| 0101 | 177729 | 960214 | BKCA | 39,449 | 23,925.82 |
| 0101 | 177729 | 960215 | BKCA | 31,461 | 19,081.10 |
| 0101 | 177729 | 960216 | BKCA | 31,456 | 19,078.06 |
| 0101 | 177730 | 960214 | BKCA | 61,545 | 37,327.04 |
| 0101 | 177730 | 960215 | BKCA | 69,240 | 41,994.06 |
| 0101 | 177731 | 960216 | BKCA | 77,445 | 46,970.40 |
| 0101 | 177731 | 960219 | BKCA | 93,105 | 56,468.18 |
| 0101 | 177968 | 960223 | BKCA | 93,148 | 55,873.24 |
| 0101 | 177968 | 960226 | BKCA | 69,798 | 41,867.14 |
| 0101 | 177969 | 960220 | BKCA | 7,707 | 4,622.91 |
| 0101 | 177969 | 960222 | BKCA | 7,710 | 4,624.71 |
| 0101 | 177967 | 960220 | BKCA | 31,634 | 18,975.12 |
| 0101 | 177967 | 960221 | BKCA | 31,607 | 18,958.92 |



0157

TOTAL PAYMENTS FOR JP-5
RECEIVED UNDER CONTRACT NO. SPO600-95-D-0507

| Line Item | Invoice Number | Delivery Date | Location | Volume | Product Value |
|---|---|---|---|---|---|
| 0101 | 177967 | 960222 | BKCA | 31,436 | 18,856.35 |
| 0101 | 176870 | 960123 | BKCA | 15,751 | 10,236.84 |
| 0101 | 176870 | 960124 | BKCA | 47,222 | 30,690.38 |
| 0101 | 178134 | 960227 | BKCA | 62,336 | 37,300.30 |
| 0101 | 178136 | 960228 | BKCA | 2,003 | 1,198.55 |
| 0101 | 178135 | 960227 | BKCA | 7,720 | 4,619.46 |
| 0101 | 178135 | 960229 | BKCA | 7,706 | 4,611.08 |
| 0101 | 173260 | 960304 | BKCA | 31,658 | 18,943.36 |
| 0101 | 178162 | 960301 | BKCA | 7,700 | 4,607.49 |
| 0101 | 178453 | 960305 | BKCA | 31,653 | 19,039.28 |
| 0101 | 178453 | 960306 | BKCA | 31,561 | 18,983.94 |
| 0101 | 178453 | 960307 | BKCA | 31,438 | 18,909.96 |
| 0101 | 178453 | 960308 | BKCA | 31,403 | 18,888.90 |
| 0101 | 178454 | 960305 | BKCA | 7,718 | 4,642.38 |
| 0101 | 178454 | 960306 | BKCA | 7,721 | 4,644.18 |
| 0101 | 178454 | 960307 | BKCA | 7,700 | 4,631.55 |
| 0101 | 178455 | 960305 | BKCA | 7,711 | 4,638.17 |
| 0101 | 178455 | 960307 | BKCA | 7,700 | 4,631.55 |
| 0101 | 178804 | 960311 | BKCA | 31,609 | 19,012.81 |
| 0101 | 178805 | 960312 | BKCA | 31,803 | 19,338.86 |
| 0101 | 178805 | 960313 | BKCA | 31,725 | 19,291.43 |
| 0101 | 178805 | 960314 | BKCA | 31,464 | 19,132.72 |
| 0101 | 178806 | 960312 | BKCA | 7,701 | 4,682.85 |
| 0101 | 178806 | 960314 | BKCA | 7,700 | 4,682.24 |
| 0101 | 179129 | 960315 | BKCA | 31,581 | 19,203.87 |
| 0101 | 179129 | 960318 | BKCA | 23,806 | 14,476.02 |
| 0101 | 179130 | 960319 | BKCA | 31,607 | 19,116.96 |
| 0101 | 179130 | 960320 | BKCA | 31,563 | 19,090.34 |
| 0101 | 179130 | 960321 | BKCA | 31,579 | 19,100.02 |
| 0101 | 179131 | 960319 | BKCA | 7,701 | 4,657.82 |
| 0101 | 179131 | 960322 | BKCA | 7,712 | 4,664.47 |
| 0101 | 179390 | 960326 | BKCA | 31,572 | 19,758.80 |
| 0101 | 179390 | 960327 | BKCA | 31,513 | 19,721.88 |



0158

TOTAL PAYMENTS FOR JP-5
RECEIVED UNDER CONTRACT NO. SPO600-95-D-0507

| Line Item | Invoice Number | Delivery Date | Location | Volume | Product Value |
|---|---|---|---|---|---|
| 0101 | 179391 | 960329 | BKCA | 7,600 | 4,756.33 |
| 0101 | 179865 | 960402 | BKCA | 31,436 | 20,354.81 |
| 0101 | 179865 | 960403 | BKCA | 15,833 | 10,251.87 |
| 0101 | 179865 | 960404 | BKCA | 31,521 | 20,409.85 |
| 0101 | 179865 | 960408 | BKCA | 31,526 | 20,413.09 |
| 0101 | 179864 | 960404 | BKCA | 7,700 | 4,985.75 |
| 0101 | 180064 | 960409 | BKCA | 7,701 | 5,235.39 |
| 0101 | 180064 | 960411 | BKCA | 7,700 | 5,234.71 |
| 0101 | 180066 | 960411 | BKCA | 7,650 | 5,200.70 |
| 0101 | 180065 | 960409 | BKCA | 23,757 | 16,150.79 |
| 0101 | 180065 | 960410 | BKCA | 31,420 | 21,360.35 |
| 0101 | 180065 | 960411 | BKCA | 31,554 | 21,451.45 |
| 0101 | 180516 | 960412 | BKCA | 7,709 | 5,240.83 |
| 0101 | 180519 | 960412 | BKCA | 31,499 | 21,414.06 |
| 0101 | 180519 | 960415 | BKCA | 31,208 | 21,216.23 |
| 0101 | 180517 | 960412 | BKCA | 7,712 | 5,242.87 |
| 0101 | 180518 | 960416 | BKCA | 7,701 | 5,711.58 |
| 0101 | 180518 | 960417 | BKCA | 7,845 | 5,818.38 |
| 0101 | 180518 | 960418 | BKCA | 7,707 | 5,716.03 |
| 0101 | 180518 | 960422 | BKCA | 7,711 | 5,718.99 |
| 0101 | 180520 | 960416 | BKCA | 31,301 | 23,214.92 |
| 0101 | 180520 | 960417 | BKCA | 31,404 | 23,291.31 |
| 0101 | 180520 | 960418 | BKCA | 31,535 | 23,388.47 |
| 0101 | 180520 | 960419 | BKCA | 31,511 | 23,370.67 |
| 0101 | 180857 | 960424 | BKCA | 2,001 | 1,598.46 |
| 0101 | 180856 | 960423 | BKCA | 7,801 | 6,231.67 |
| 0101 | 180856 | 960425 | BKCA | 7,700 | 6,150.99 |
| 0101 | 181237 | 960506 | BKCA | 31,319 | 24,413.16 |
| 0101 | 181238 | 960507 | BKCA | 7,800 | 6,107.40 |
| 0101 | 181239 | 960507 | BKCA | 31,311 | 24,516.51 |
| 0101 | 181236 | 960501 | BKCA | 7,701 | 6,002.93 |
| 0101 | 181236 | 960502 | BKCA | 7,700 | 6,002.15 |
| 0101 | 181832 | 960509 | BKCA | 7,725 | 6,048.68 |

TOTAL PAYMENTS FOR JP-5
RECEIVED UNDER CONTRACT NO. SPO600-95-D-0507

| Line Item | Invoice Number | Delivery Date | Location | Volume | Product Value |
|---|---|---|---|---|---|
| 0101 | 181830 | 960508 | BKCA | 31,204 | 24,432.73 |
| 0101 | 181830 | 960509 | BKCA | 31,287 | 24,497.72 |
| 0101 | 181830 | 960510 | BKCA | 31,217 | 24,442.91 |
| 0101 | 181830 | 960513 | BKCA | 31,414 | 24,597.16 |
| 0101 | 181831 | 960514 | BKCA | 31,406 | 23,873.80 |
| 0101 | 182439 | 960522 | BKCA | 7,800 | 5,385.25 |
| 0101 | 182439 | 960523 | BKCA | 7,800 | 5,385.25 |
| 0101 | 182442 | 960520 | BKCA | 7,700 | 5,853.29 |
| 0101 | 182443 | 960521 | BKCA | 7,700 | 5,316.21 |
| 0101 | 182443 | 960522 | BKCA | 7,700 | 5,316.21 |
| 0101 | 182443 | 960523 | BKCA | 7,700 | 5,316.21 |
| 0101 | 182440 | 960515 | BKCA | 23,423 | 17,805.39 |
| 0101 | 182440 | 960516 | BKCA | 31,305 | 23,797.03 |
| 0101 | 182440 | 960517 | BKCA | 31,256 | 23,759.78 |
| 0101 | 182440 | 960520 | BKCA | 31,435 | 23,895.85 |
| 0101 | 182441 | 960521 | BKCA | 31,408 | 21,684.62 |
| 0101 | 182441 | 960522 | BKCA | 31,214 | 21,550.68 |
| 0101 | 182600 | 960528 | BKCA | 7,701 | 5,309.20 |
| 0101 | 183181 | 960603 | BKCA | 31,229 | 21,529.80 |
| 0101 | 183182 | 960604 | BKCA | 15,602 | 10,787.16 |
| 0101 | 183182 | 960605 | BKCA | 31,219 | 21,584.69 |
| 0101 | 183182 | 960606 | BKCA | 31,249 | 21,605.43 |
| 0101 | 183182 | 960607 | BKCA | 31,203 | 21,573.63 |
| 0101 | 183182 | 960610 | BKCA | 31,209 | 21,577.78 |
| 0101 | 183183 | 960611 | BKCA | 31,215 | 20,640.92 |
| 0101 | 183563 | 960612 | BKCA | 31,223 | 20,646.21 |
| 0101 | 183563 | 960613 | BKCA | 31,209 | 20,636.95 |
| 0101 | 183563 | 960614 | BKCA | 31,211 | 20,638.27 |
| 0101 | 183563 | 960617 | BKCA | 15,807 | 10,452.38 |
| 0101 | 183939 | 960625 | BKCA | 31,366 | 18,866.65 |
| 0101 | 183851 | 960621 | BKCA | 31,208 | 19,489.40 |
| 0101 | 183851 | 960624 | BKCA | 31,217 | 19,495.02 |
| 0101 | 183852 | 960621 | BKCA | 2,006 | 1,252.75 |