TOTAL PAYMENTS FOR JP-5
RECEIVED UNDER CONTRACT NO. SPO600-95-D-0507

| Line Item | Invoice Number | Delivery Date | Location | Volume | Product Value |
|---|---|---|---|---|---|
| 0101 | 183712 | 960619 | BKCA | 23,416 | 14,623.29 |
| 0101 | 183712 | 960620 | BKCA | 31,215 | 19,493.77 |
| 0101 | 184639 | 960708 | BKCA | 15,803 | 9,872.92 |
| 0101 | 184640 | 960709 | BKCA | 31,344 | 20,673.12 |
| 0101 | 184640 | 960710 | BKCA | 31,226 | 20,595.30 |
| 0101 | 184640 | 960711 | BKCA | 31,245 | 20,607.83 |
| 0101 | 184641 | 960708 | BKCA | 7,726 | 4,826.82 |
| 0101 | 184642 | 960709 | BKCA | 7,801 | 5,145.20 |
| 0101 | 184642 | 960710 | BKCA | 7,700 | 5,078.58 |
| 0101 | 184642 | 960711 | BKCA | 7,800 | 5,144.54 |
| 0101 | 184637 | 960702 | BKCA | 7,701 | 4,811.20 |
| 0101 | 184638 | 960709 | BKCA | 7,701 | 5,079.24 |
| 0101 | 184799 | 960712 | BKCA | 31,206 | 20,582.10 |
| 0101 | 184799 | 960715 | BKCA | 31,270 | 20,624.32 |
| 0101 | 185000 | 960716 | BKCA | 7,701 | 5,375.30 |
| 0101 | 184999 | 960716 | BKCA | 23,613 | 16,481.87 |
| 0101 | 184999 | 960717 | BKCA | 31,227 | 21,796.45 |
| 0101 | 184999 | 960718 | BKCA | 23,429 | 16,353.44 |
| 0101 | 184999 | 960719 | BKCA | 31,414 | 21,926.97 |
| 0101 | 183564 | 960618 | BKCA | 31,205 | 19,487.52 |
| 0101 | 185349 | 960722 | BKCA | 31,296 | 21,844.61 |
| 0101 | 185350 | 960723 | BKCA | 31,242 | 21,767.86 |
| 0101 | 185350 | 960724 | BKCA | 31,613 | 22,026.36 |
| 0101 | 185350 | 960725 | BKCA | 15,654 | 10,906.92 |
| 0101 | 185350 | 960726 | BKCA | 7,813 | 5,443.71 |
| 0101 | 185351 | 960723 | BKCA | 7,701 | 5,365.67 |
| 0101 | 186087 | 960805 | BKCA | 31,328 | 21,245.62 |
| 0101 | 186089 | 960806 | BKCA | 7,701 | 5,381.69 |
| 0101 | 186088 | 960806 | BKCA | 31,456 | 21,982.40 |
| 0101 | 186088 | 960807 | BKCA | 23,552 | 16,458.84 |
| 0101 | 186088 | 960808 | BKCA | 31,315 | 21,883.86 |
| 0101 | 186088 | 960809 | BKCA | 7,807 | 5,455.77 |
| 0101 | 186573 | 960812 | BKCA | 15,763 | 11,015.66 |

TOTAL PAYMENTS FOR JP-5
RECEIVED UNDER CONTRACT NO. SPO600-95-D-0507

| Line Item | Invoice Number | Delivery Date | Location | Volume | Product Value |
|---|---|---|---|---|---|
| 0101 | 186574 | 960813 | BKCA | 31,233 | 22,807.90 |
| 0101 | 186574 | 960814 | BKCA | 31,225 | 22,802.06 |
| 0101 | 186574 | 960815 | BKCA | 15,601 | 11,392.63 |
| 0101 | 186574 | 960816 | BKCA | 31,356 | 22,897.72 |
| 0101 | 186575 | 960812 | BKCA | 7,700 | 5,380.99 |
| 0101 | 186576 | 960813 | BKCA | 7,701 | 5,623.66 |
| 0101 | 186576 | 960814 | BKCA | 7,701 | 5,623.66 |
| 0101 | 186576 | 960815 | BKCA | 7,700 | 5,622.93 |
| 0101 | 186576 | 960816 | BKCA | 7,701 | 5,623.66 |
| 0101 | 186577 | 960815 | BKCA | 2,006 | 1,464.88 |
| 0101 | 187010 | 960820 | BKCA | 31,411 | 23,772.79 |
| 0101 | 187010 | 960821 | BKCA | 31,318 | 23,702.40 |
| 0101 | 187010 | 960822 | BKCA | 31,229 | 23,635.04 |
| 0101 | 187010 | 960823 | BKCA | 23,424 | 17,727.99 |
| 0101 | 187009 | 960819 | BKCA | 31,507 | 23,007.99 |
| 0101 | 187127 | 960827 | BKCA | 7,700 | 5,751.90 |
| 0101 | 187011 | 960820 | BKCA | 7,700 | 5,827.59 |
| 0101 | 185471 | 960730 | BKCA | 7,700 | 5,221.89 |
| 0101 | 187782 | 960910 | BKCA | 7,701 | 6,173.95 |
| 0101 | 187782 | 960912 | BKCA | 7,700 | 6,173.15 |
| 0101 | 187783 | 960910 | BKCA | 31,417 | 25,187.26 |
| 0101 | 187783 | 960911 | BKCA | 15,623 | 12,525.08 |
| 0101 | 187783 | 960912 | BKCA | 31,200 | 25,013.29 |
| 0101 | 187640 | 960904 | BKCA | 7,700 | 5,875.10 |
| 0101 | 187640 | 960906 | BKCA | 7,760 | 5,920.88 |
| 0101 | 187641 | 960903 | BKCA | 31,510 | 24,042.13 |
| 0101 | 187641 | 960904 | BKCA | 31,209 | 23,812.47 |
| 0101 | 187641 | 960905 | BKCA | 31,209 | 23,812.47 |
| 0101 | 187641 | 960906 | BKCA | 31,238 | 23,834.59 |
| 0101 | 187641 | 960909 | BKCA | 31,357 | 23,925.39 |
| 0101 | 188035 | 960919 | BKCA | 8,070 | 6,679.94 |
| 0101 | 188032 | 960917 | BKCA | 7,721 | 6,391.06 |
| 0101 | 188033 | 960913 | BKCA | 23,421 | 18,776.80 |

TOTAL PAYMENTS FOR JP-5
RECEIVED UNDER CONTRACT NO. SPO600-95-D-0507

| Line Item | Invoice Number | Delivery Date | Location | Volume | Product Value |
|---|---|---|---|---|---|
| 0101 | 188033 | 960916 | BKCA | 31,543 | 25,288.28 |
| 0101 | 188034 | 960917 | BKCA | 31,553 | 26,118.00 |
| 0101 | 188034 | 960918 | BKCA | 31,596 | 26,153.59 |
| 0101 | 188034 | 960919 | BKCA | 23,645 | 19,572.15 |
| 0101 | 188034 | 960919 | BKCA | 7,811 | 6,465.56 |
| 0101 | 188166 | 960920 | BKCA | 7,700 | 6,373.68 |
| 0101 | 188165 | 960920 | BKCA | 15,636 | 12,942.70 |
| 0101 | 188416 | 960924 | BKCA | 7,701 | 6,154.39 |
| 0101 | 188416 | 960926 | BKCA | 7,700 | 6,153.59 |
| | | | | **Total Payment for JP-5:** | **$5,716,908.74** |

**EXHIBIT 4**

**CERTIFICATION**

I certify that the claim is made in good faith; that the supporting data are accurate and complete to the best of my knowledge and belief; that the amount requested accurately reflects the contract adjustment for which the contractor believes the Government is liable; and that I am duly authorized to certify the claim on behalf of the contractor.

Kern Oil & Refining Company

Dated: 2-26-02

OFFICE OF THE UNDER SECRETARY OF DEFENSE
3000 DEFENSE PENTAGON
WASHINGTON DC 20301-3000

OCT 05 1995

ACQUISITION AND TECHNOLOGY

DP(DAR)

In reply refer to
DAR Tracking Number: 95-D0003

MEMORANDUM FOR DEPUTY DIRECTOR (ACQUISITION), DEFENSE LOGISTICS AGENCY

SUBJECT: Class Deviation--Economic Price Adjustment Clauses

I approve your request to deviate from the requirements of Federal Acquisition Regulation (FAR) 16.203-1 and 16.203-4(a) when using economic price adjustments on fixed-price contracts.

FAR 16.203-1 provides guidance for upward and downward revisions to the stated contract price upon the occurrence of specified contingencies. Specifically, it provides guidance on economic price adjustments under three general types: (1) adjustments based on established prices; (2) adjustments based on actual costs of labor or material; and (3) adjustments based on cost indexes of labor or material. FAR 16.203-4(a) requires, when contracting by negotiations, the use of the clause at FAR 52.216-2, Economic Price Adjustment--Standard Supplies, or an agency-prescribed clause, in solicitations and contracts when (1) a fixed-price contract is contemplated; (2) the requirement is for standard supplies that have an established catalog or market price, verified using the criteria in FAR 15.804-1; and (3) the contracting officer has made the determination specified in FAR 16.203-3.

I authorize you to develop and use economic price adjustment clauses that are based on (1) established prices to encompass industry-wide and geographically based market price references, and (2) indexes that include commercial products or services which are identical or similar to the end products being obtained. You are also authorized to include the attached language in the Defense Logistics Agency supplement.

Eleanor Spector

Eleanor R. Spector
Director, Defense Procurement

Attachment

**16.203 Fixed-price contracts with economic price adjustment.**

*16.203-1 Description*

*(a)(90) Adjustment based on established prices. Established prices may reflect industry-wide and/or geographically based market price fluctuations for commodity groups, specific supplies or services, or contract end items.*

*(c)(90) Adjustments based on cost indexes of labor or material. These price adjustments may also be based on increases or decreases in indexes for commodity groups, specific supplies or services, or contract end items.*

*16.203-3 Limitations*

*(90) A fixed price contract with economic price adjustment may also be used to provide for price adjustments authorized in this section.*

*16.203-4 Contract clauses.*

*(90) When the contracting officer determines that an existing EPA clause is not appropriate, the contracting officer may develop and use another EPA clause in accordance with 16.203-1(a)(90) or (c)(90). Established prices in such clauses need not be verifiable using the criteria in 48 CFR (FAR) 15.804-2. Established prices and cost indexes need not reflect changes in the costs or established prices of a specific contractor. The established price or cost index may be derived from sales prices in the marketplace, quotes, or assessments as reported or made available in a consistent manner in a publication, electronic database, or other form, by an independent trade association, Governmental body, or other third party independent of the contractor. More than one established price or cost index may be combined in a formula for economic price adjustment purposes in the absence of an appropriate single price or cost index.*

[Federal Register: August 2, 1999 (Volume 64, Number 147)]
[Rules and Regulations]
[Page 41834-41835]
From the Federal Register Online via GPO Access [wais.access.gpo.gov]
[DOCID:fr02au99-37]

-----------------------------------------------------------------------

DEPARTMENT OF DEFENSE

Defense Logistics Agency

48 CFR Part 5416

DLA Acquisition Directive; Types of Contracts

AGENCY: Defense Logistics Agency, DoD.

ACTION: Final rule.

-----------------------------------------------------------------------

SUMMARY: This rule adds a new part to the Defense Logistics Acquisition Directive (DLAD) affecting regulations on the use of solicitation provisions and contract clauses for Economic Price Adjustments (EPA). The coverage expands the use of EPA based on market price references. It also expands the use of EPA based on indexes, to encompass indexes for products or services that are identical or similar to the end products to be provided under the contract. It authorizes the development and use, subject to established agency review and approval procedures, of clauses using EPA references as described above. The coverage ensures EPA references that more closely follow market prices, are in conformance with commercial practice, and reduce price risk for both the government and the contractor.

DATES: Effective August 2, 1999.

FOR FURTHER INFORMATION CONTACT: Ms. Helen Bailey, Procurement Analyst, Defense Logistics Agency, DLSC-PPP, at (703) 767-1374.

SUPPLEMENTARY INFORMATION:

[[Page 41835]]

A. Background

The Defense Energy Support Center (DESC), a major contracting activity of DLA, has historically utilized a method of price adjustment in the bulk petroleum area using price indexes for the same or similar end products and using market price assessments for products published in industry trade journals.

None of the three EPA types currently encompassed by the FAR are appropriate for many of the competitive procurements undertaken by DESC and other DLA contracting offices. Currently, FAR 16.203 recognizes EPA references based on established market or catalog prices of the individual contractor only. The new DLAD coverage expands this to include industry-wide and geographically specific market price assessments, and authorizes the development and use of clauses on that basis. FAR 16.203 also recognizes EPA references based only on indexes for labor or material costs or indexes of such costs. The DLAD coverage expands this to include indexes for the same or similar supplies, services, or end items and authorizes the development and uses of clauses on that basis.

0169

 

The uses of an EPA reference based on an individual contractor's established price or cost of materials is impractical for various competitive procurements. Unique EPA references for each offeror engender relative price variations during the delivery period, making it impossible to determine the most favorable offer at time of award. This creates a significant price risk for the Government in periods where the margins are shrinking and for the contractors in periods where the margins are expanding. such fluctuations can be significant, for example, in petroleum markets. A reference based on the same or similar products as provided under the contract, results in a common EPA reference for competing offerors and minimizes the price risk for both the Government and the contractor.

A proposed rule with request for comments was published in the Federal Register.. (60 FR 10826, Feb. 28, 1995.) One respondent submitted comments on the proposed rule. The respondent's comments were considered in the development of the final rule. On October 5, 1995, the Director, Defense Procurement, approved a permanent class deviation for DLA to deviate from the requirements of FAR 16.203-1 and 16.203-4(a) when using fixed price contracts with economic price adjustments. Under this deviation, DLA was authorized to include conforming language in the DLA supplement.

The final rule is the same as the proposed rule with one exception. The second sentence in Subpart 5416.203-4, ``Contract clauses' of the proposed rule, which states that ``established prices in such clauses need not be verifiable using the criteria in 48 CFR (FAR) 15.804-3'' was removed in the final rule. The criteria referred to were deleted from the Truth in Negotiations Act (TINA) (10 U.S.C. 2306a.) when the statute was recently revised. Accordingly, the revised and renumbered FAR Part 15 no longer contains these criteria. Therefore, the language has been removed from the final rule as it is no longer applicable.

Regulatory Flexibility Act

The final rule does not have significant economic impact on a substantial number of small entities within the meaning of the Regulatory Flexibility Act, 5 U.S.C. 601 et seq. An initial regulatory flexibility analysis was not performed. The final rule does not represent a change for small entities doing business with DLA. Comments were requested concerning the effect of the proposed rule on small entities in accordance with section 612 of the Act. No comments were received.

B. Paperwork Reduction Act

This rule does not impose any new reporting or record keeping requirements that require the approval of OMB under 44 U.S.C. 3501, et seq.

List of Subjects in 48 CFR Part 5416

Government procurement.

For reasons set forth in the preamble, the Defense Logistics Agency amends 48 CFR Chapter 54, by adding part 5416 to read as follows:

PART 5416--TYPES OF CONTRACTS

Subpart 5416.2--Fixed Price Contracts

5416.203 Fixed-Price Contracts with Economic Price Adjustment
5416.203-1 Description
5416.203-3 Limitations
5416.203-4 Contract Clauses

Authority: Fixed Price Contracts