# In the United States Court of Federal Claims

| | |
|---|---|
| KERN OIL & REFINING COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 03-1623 C<br><br>Filed October 6, 2005 |

ORDER

Having consulted with the parties, the Court has learned that the parties desire that the stay in this case remain in effect until the period for the parties in *Tesoro Hawaii v. United States*, 405 F.3d 1339 (Fed. Cir. 2005), to file a petition for certiorari to the Supreme Court of the United States has run.

Having entered similar orders in four other cases pending before this Court, and in consideration of the parties' views, the Court ORDERS that the stay shall remain in effect until the period for the parties in *Tesoro Hawaii* to file a petition for certiorari to the Supreme Court of the United States has run or until such time as counsel for the parties in *Tesoro Hawaii* advise the Court that they do not do not intend to seek further review of the decision of the Court of Appeals.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge