# In the United States Court of Federal Claims

| | | |
|---|---|---|
| KERN OIL & REFINING COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 03-1623 C<br><br>Filed October 31, 2005 |

ORDER

On October 6, 2005, the Court issued an Order that the stay in this case would remain in effect until the period for the parties in *Tesoro Hawaii Corp. v. United States*, 405 F.3d 1339 (Fed. Cir. 2005), to file a petition for certiorari to the Supreme Court of the United States had run or until such time that counsel for the parties in *Tesoro Hawaii* advised the Court that they did not intend to seek further review of the decision of the Court of Appeals. The period for the parties in *Tesoro Hawaii* to file a petition for certiorari to the Supreme Court of the United States will expire on November 21, 2005, unless an application for an extension of time is filed and granted.

In view of the foregoing, the Court ORDERS that the parties shall participate in a telephonic status conference on **Friday, December 2, 2005 at 2:00 p.m.** The purpose of the status conference is to determine the nature and timing of further proceedings in this case. The Court will initiate the call.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge