# In the United States Court of Federal Claims

| | |
|---|---|
| KERN OIL & REFINING COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 03-1623 C<br><br>Filed December 2, 2005 |

## ORDER

On December 2, 2005, the Court held a status conference to determine the nature and timing of further proceedings in this case. The stay in this case expired on November 21, 2005, when the period for the parties in *Tesoro Hawaii Corp. v. United States*, 405 F.3d 1339 (Fed. Cir. 2005), to file a petition for certiorari to the Supreme Court of the United States had run.

During the status conference, the parties represented that they believed that this case presents similar issues of fact and law to *Gary-Williams Energy Corp. v. United States*, Fed. Cl. 03-2106C ("*Gary-Williams")* and *Berry Petroleum Co. v. United States*, Fed. Cl. 02-1462C ("*Berry Petroleum")*, two other jet fuel cases currently pending before the Court. For this reason, in the interest of economy, the parties stated that they believed that this case should be stayed pending the resolution of either *Gary-Williams* or *Berry Petroleum*. Accordingly, the Court ORDERS that this case shall be stayed pending a decision in the earlier of either *Gary-Williams* or *Berry Petroleum.*

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge